UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY, | ) ) ) ) ) ) |
| Defendants. | ) ) |

CIVIL ACTION NO: 2005-3003-MAP

## NOTICE RE: CORRECTION OF NAME OF DEFENDANT, BRP US, INC.

Please take notice that, due to a client miscommunication, Defendant BRP US, Inc., was incorrectly referred to as "Bombardier Recreational Products U.S., Inc." in Defendant's Notice of Removal, dated January 11, 2005. BRP US, Inc., asks that the Court edit its records accordingly. Plaintiffs correctly named Defendant in the Complaint.

WHEREFORE, BRP US, Inc., respectfully requests that the Court and parties take notice of the noted name change.

BRP US, Inc.

Mark S. Granger, BBO# 206920
William A. Staar, BBO# 659425
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date: January 18, 2005

1121711v1

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing to call counsel of record in this action by mailing same, posted prepaid, on this 18th day of January 2005 to the following parties and counsel of record:

Adam Clermont, Esquire
FREEDMAN, DEROSA, AND RONDEAU
P.O. Box 746
87 Marshall Street
Mass MoCA, Bldg. 1, Rm. 200
North Adams, MA 01247
*Counsel for Plaintiffs*

Spofford Motors, d/b/a Village Automotive
P.O. Box 78
North Hoosick, NY 12133

TIG Insurance Company
5205 North O'Connor Boulevard
Irving, TX 75015

Bombardier Recreational Products, Inc.,
726 rue St-Joseph
Valcourt, Quebec, Canada J0E 2LO

_____
William A. Staar

- 2 -