UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA,<br><br>Plaintiffs,<br><br>v.<br><br>BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION NO: 2005-3003-MAP |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT BRP US, INC.

The Defendant, BRP US, Inc. certifies pursuant to local Rule 7.3, is a privately owned corporation. Any entities owning BRP US, Inc. are also privately owned and do not have publicly traded stock.

BRP US, Inc.

By Its Attorney,

*/s/ Mark S. Granger*

Mark S. Granger, BBO# 206920
William A. Staar, BBO# 659425
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date: January 19, 2005

1121751v1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing to call counsel of record in this action by mailing same, posted prepaid, on this 19th day of January 2005 to the following parties and counsel of record:

Adam Clermont, Esquire
FREEDMAN, DEROSA, AND RONDEAU
P.O. Box 746
87 Marshall Street
Mass MoCA, Bldg. 1, Rm. 200
North Adams, MA 01247
*Counsel for Plaintiffs*

Spofford Motors, d/b/a Village Automotive
P.O. Box 78
North Hoosick, NY 12133

TIG Insurance Company
5205 North O'Connor Boulevard
Irving, TX 75015

/s/*Mark S. Granger*
_____
Mark S. Granger