UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA,<br><br>Plaintiffs,<br><br>v.<br><br>BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY,<br><br>Defendants,<br><br>v.<br><br>MR. LANCE JAY BINGHAM and MR. DAVID REICHERT<br><br>Third-Party Defendants. | CIVIL ACTION NO: 2005-30003-MAP |

## ASSENTED-TO MOTION TO CONTINUE SCHEDULING CONFERENCE

Defendant, BRP, Inc., respectfully moves that the Court postpone the Scheduling Conference currently set for March 8, 2005, for at least two months. As grounds set forth, the Defendant, BRP, Inc., says:

1. It is the only Defendant that has filed an Answer or an Appearance in this case.

2. There are two other defendants named in the Complaint which have not yet answered.

3. The Plaintiff has not made service pursuant to the Hague Convention on Bombardier Recreational Products, Inc., which is a Canadian corporation. Such

1123552v1

service will be necessary for Bombardier Recreational Products, Inc. to become a party to this case.

4.     BRP, Inc. has named two third party Defendants which it is in the process of obtaining service on. Because these individuals may have changed location, it may take at least a month to effectuate service upon them.

For the above reasons, BRP, Inc. respectfully requests that the Court postpone the Scheduling Conference currently set for March 8, 2005 to May 10, 2005.

Respectfully submitted:

BRP US, Inc.
By Its Attorney,

/s/Mark S. Granger
Mark S. Granger, BBO# 206920
William A. Staar, BBO# 659425
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Assented to:
Brandon DeMyer and Tamara
DeMyer, Plaintiffs
By Their Attorney,

/s/Adam Clermont
Adam Clermont, Esquire
Freedman, DeRosa and Rondeau
P.O. Box 746, 87 Marshall St.
Mass MoCA, Bldg. 1, Room 200
North Adams, MA 01247
(413) 664-1073
BBO 639769

Date: January 28, 2005

1123552v1