## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**BRANDON DEMYER AND TAMARA DEMYER, NEXT FRIED OF BRANDON DEMYER, PPA,**

Plaintiffs

v.

**BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., AND TIG INSURANCE COMPNAY,**

Defendants

**Civil Action No. 3:05-cv-30003-MAP**

## NOTICE OF APPEARNCE

The undersigned hereby files an appearance for Defendant Spofford Motors, Inc. in the above-referenced matter.

Dated:  January 28, 2005

SPOFFORD MOTORS, INC.,
Defendant,

By its attorneys,

Lucy Prashker, Esq. (BBO # 405330)
Dennis M. LaRochelle, Esq. (BBO # 600924)
Cain Hibbard Myers & Cook, PC
66 West Street
Pittsfield, MA  01201
(413) 443-4771 (telephone)
(413) 443-7694 (facsimile)
lprashker@cainhibbard.com
dlarochelle@cainhibbard.com

219213