UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION
CIVIL ACTION NO: 05-30003-MAP

| | |
|---|---|
| BRANDON DEMYER and )<br>TAMARA DEMYER, NEXT FRIEND )<br>OF BRANDON DEMYER, PPA, )<br>    Plaintiff )<br>)<br>v. )<br>)<br>BOMBARDIER RECREATIONAL PRODUCTS, )<br>INC., BRP US, INC., SPOFFORD )<br>MOTORS, INC. and TIG INSURANCE )<br>COMPANY, )<br>    Defendants ) | AFFIDAVIT OF SERVICE |

I, ADAM CLERMONT, being under oath, depose and state as follows:

1. I am the attorney for the plaintiffs, Brandon DeMyer and Tamara DeMyer, Next Friend of Brandon DeMyer, PPA, in the above-entitled matter.

2. On or about December 15, 2004 I served by certified mail a copy of the complaint and summons on the defendant Spofford Motors, Inc. d/b/a Village Automotive at Rt. 67, Box 78, North Hoosick, NY 12133.

3. Said service was made on December 29, 2004 as indicated on the green return receipt card attached hereto as Exhibit A.

Signed under the pains and penalties of perjury this 3RD day of February, 2005.

_____
Adam Clermont

EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery<br>12-27-04 |
| 1. Article Addressed to:<br><br>Spofford Motors, Inc.<br>d/b/a Village Automotive<br>Rt. 67, Box 78<br>North Hoosick, NY 12133 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7004 0750 0000 5374 2134 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540