UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US INC., SPOFFORD MOTORS, INC. and TIG INSURANCE COMPANY,**<br><br>**Defendants,**<br><br>v.<br><br>**LANCE JAY BINGHAM and DAVID REICHERT,**<br><br>**Third-Party Defendants.** | CIVIL ACTION NO. 2005-30003-MAP |

### NOTICE OF APPEARNCE

The undersigned hereby files an appearance for Defendant Spofford Motors, Inc. in the above-referenced matter.

Dated:  February 9, 2005        SPOFFORD MOTORS, INC., Defendant,

                                By its attorney,

                                       /s/ Dennis M. LaRochelle
                                Dennis M. LaRochelle, Esq. (BBO # 600924)
                                Cain Hibbard Myers & Cook, PC
                                66 West Street
                                Pittsfield, MA  01201
                                (413) 443-4771 (telephone)
                                (413) 443-7694 (facsimile)
                                dlarochelle@cainhibbard.com

220222