UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:05-CV-30003-MAP

| | |
|---|---|
| BRANDON DEMYER and<br>TAMARA DEMYER, NEXT FRIEND<br>OF BRANDON DEMYER, PPA,<br>    Plaintiff<br><br>vs.<br><br>BOMBARDIER RECREATIONAL PRODUCTS,<br>INC., BRP US, INC., SPOFFORD MOTORS, INC.<br>and TIG INSURANCE COMPANY,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The undersigned hereby files an appearance for Defendant TIG Insurance Company in the above-referenced matter.

Dated: February 11, 2005

                                                        THE DEFENDANT
                                                        TIG INSURANCE COMPANY

                                                        By          /s/ *James F. Martin*
                                                        James F. Martin, Esq., of
                                                        Robinson Donovan, P.C.
                                                        1500 Main Street, Suite 1600
                                                       Springfield, Massachusetts 01115
                                                       Phone (413) 732-2301  Fax (413) 785-4658
                                                       BBO No.:  322480
                                                       jmartin@robinson-donovan.com

391805