UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA, <br><br> Plaintiffs, <br><br> v. <br><br> BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY, <br><br> Defendants, <br><br> v. <br><br> MR. LANCE JAY BINGHAM and MR. DAVID REICHERT <br><br> Third-Party Defendants. | CIVIL ACTION NO: 2005-30003-MAP |

## CERTIFICATION OF DEFENDANT, BRP US INC. WITH RESPECT TO LITIGATION BUDGET AND ALTERNATE DISPUTE RESOLUTION

Pursuant to Local Rule 16.1(D)(3)(a)(b), the Defendant and third party Plaintiff, BRP US Inc., by its authorized representative and its counsel of record in this case, certify that BRP US Inc., and its counsel conferred regarding a budget for legal costs in this matter and the use of alternate dispute resolution.

BRP US Inc.
By Its Attorney,

_____
Mark S. Granger, BBO# 206920

1124267v1

William A. Staar, BBO# 659425
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

BRP US Inc.

_____
Marie-Claude Simard, Esquire
Conseillere Juridique
Bombardier Recreational Products Inc.
726 rue St-Joseph
Valcourt, QUEBEC J0E 2L0 CANADA

Date: Feb. 7, 2005

1124267v1