UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION
CIVIL ACTION NO: 05-30003-MAP

BRANDON DEMYER and )
TAMARA DEMYER, NEXT FRIEND )
OF BRANDON DEMYER, PPA, )
    Plaintiff )
 )
v. ) AFFIDAVIT OF SERVICE
 )
BOMBARDIER RECREATIONAL PRODUCTS, )
INC., BRP US, INC., SPOFFORD )
MOTORS, INC. and TIG INSURANCE )
COMPANY, )
    Defendants )

    I, ADAM CLERMONT, being under oath, depose and state as follows:

1. I am the attorney for the plaintiffs, Brandon DeMyer and Tamara DeMyer, Next Friend of Brandon DeMyer, PPA, in the above-entitled matter.

2. On or about February 3, 2005 I served by international certified mail a copy of the complaint and summons on the defendant Bombardier Recreational Products, Inc. at 726 rue St-Joseph, Valcourt, Quebec, Canada J0E 2L0.

3. Said service was made on February 10, 2005 as indicated on the pink return receipt card attached hereto as Exhibit A.

    Signed under the pains and penalties of perjury this 7th day of March, 2005.

_____
Adam Clermont

EXHIBIT A

| Item Description (Nature de l'envoi) | ☒ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) N/A | | Article Number RA 928655334 US | | | |

Office of Mailing (Bureau de dépôt): FDR, North Adams, MA 01247
Date of Posting (Date de dépôt): 2-4-05

Addressee Name or Firm (Nom ou raison sociale du destinataire): Bombardier Recreational Products, Inc.
Street and No. (Rue et No.): 726 rue St-Joseph
Place and Country (Localité et pays): Valcourt, Quebec, Canada J0E 2L0

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination, or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si les règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date: 2005-02-10

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination (Timbre du bureau de destination): CANADA POST, BUREAU DE POSTE, VALCOURT, QC, J0E 2L0

PS Form 2865, February 1997 (Reverse)

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day forwarded by first-class mail, postage prepaid, a copy of the foregoing Affidavit of Service to:

Mark S. Granger, Esquire
William A. Staar, Esquire
Attorneys for BRP US, Inc.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Lucy Prashker, Esquire
Dennis LaRochelle, Esquire
Attorneys for Spofford Motors
d/b/a Village Automotive
Cain, Hibbard, Myers & Cook PC
66 West Street
Pittsfield, MA 01201

James F. Martin, Esquire
Attorney for TIG Insurance Company
Robinson Donovan, PC
1500 Main Street, Suite 1600
Springfield, MA 01115-5609

Date:   March 7, 2005

_____
Adam Clermont