UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA,<br><br>        Plaintiffs,<br><br>v.<br><br>BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US INC., SPOFFORD MOTORS, INC. and TIG INSURANCE COMPANY,<br><br>        Defendants,<br><br>v.<br><br>LANCE JAY BINGHAM and DAVID REICHERT,<br><br>        Third-Party Defendants. | CIVIL ACTION NO. 2005-30003-MAP |

**REPLY OF DEFENDANT SPOFFORD MOTORS, INC. TO
COUNTER CROSS-CLAIMS OF BOMBARDIER RECREATIONAL PRODUCTS, INC.**

Defendant Spofford Motors, Inc. ("Spofford"), for its reply to the Counter Cross-Claims filed by Defendant Bombardier Recreational Products, Inc. ("Bombardier"), states as follows:

    1.    Spofford is without knowledge or information sufficient to admit or deny the allegations in Paragraph 1.

    2.    Spofford admits the allegations in Paragraph 2.

3. Spofford is without knowledge or information sufficient to admit or deny the allegations in Paragraph 3.

4. Spofford is without knowledge or information sufficient to admit or deny the allegations in Paragraph 4.

## FACTS

5. Spofford is without knowledge or information sufficient to admit or deny the allegations in Paragraph 5.

6. Spofford admits the allegations in Paragraph 6.

## COUNT I (Indemnification)

7. Spofford restates its answers to Paragraphs 1 through 6.

8. Spofford denies the allegations in Paragraph 8.

9. Spofford denies the allegations in Paragraph 9.

## COUNT II (Contribution)

10. Spofford restates its answers to Paragraphs 1 through 9.

11. Spofford denies the allegations in Paragraph 11.

12. Spofford denies the allegations in Paragraph 12.

13. Spofford denies the allegations in Paragraph 13.

## AFFIRMATIVE DEFENSES

First Affirmative Defense. Bombardier's claims against Spofford are barred, in whole or in part, because plaintiff Brandon DeMyer's injuries were caused, in whole or in part, by acts or omissions of negligence of third parties other persons other than Spofford.

April 11, 2005                                SPOFFORD MOTORS, INC., Defendant and
                                            Counter Cross-Claim Plaintiff,

                                            By  /s/ Dennis M. LaRochelle .
                                            Lucy Prashker, Esq. (BBO # 405330)
                                            Dennis M. LaRochelle, Esq. (BBO # 600924)
                                            CAIN, HIBBARD, MYERS & COOK PC
                                            66 West Street
                                            Pittsfield, MA 01201
                                            (413) 443-4771


## CERTIFICATE OF SERVICE

    I, Dennis M. LaRochelle, Esquire, do hereby certify that a copy of the foregoing document has, on this Eleventh Day of April, 2005, been forwarded, by first class mail, postage prepaid and properly addressed to:

Adam Clermont, Esq.<br>
Freedman, DeRosa and Rondeau<br>
P.O. Box 746<br>
87 Marshall Street<br>
Mass MoCA Building 1, Room 200<br>
North Adams, Massachusetts  01247

                           /s/ Dennis M. LaRochelle .
                          Dennis M. LaRochelle, Esquire