UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA,<br><br>Plaintiffs,<br><br>v.<br><br>BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY,<br><br>Defendants,<br><br>v.<br><br>MR. LANCE JAY BINGHAM and MR. DAVID REICHERT<br><br>Third-Party Defendants. | CIVIL ACTION NO: 2005-30003-MAP |

## NOTICE OF PROOF OF SERVICE
## OF THIRD-PARTY COMPLAINT ON LANCE J. BINGHAM

Pursuant to FRCP Rule 4(*l*), Defendant BRP US, Inc., ("BRP US") hereby notes that on April 4, 2005, an authorized sheriff served upon Third-Party Defendant, Lance Jay Bingham, in hand, a copy of the Third-Party Complaint of Defendant BRP US, Inc., Against Lance Jay Bingham and David Reichert. A copy of that sheriff's return of service is attached hereto as Exhibit A.

1137015v1

- 2 -

        BRP US, INC.

        */s/ Bill Staar*
        Mark S. Granger, BBO# 206920
        William A. Staar, BBO# 659425
        MORRISON MAHONEY LLP
        250 Summer Street
        Boston, MA 02210
        (617) 439-7500

Date: April 13, 2005

## CERTIFICATE OF SERVICE

      The undersigned understands that the following counsel of record are registered on the Court's CM/ECF database. As a result, these individuals (1) will receive from the Court electronic notification of the filing of this document, (2) have access to this document through the Court's website, and (3) will not receive paper copies of the foregoing from the undersigned upon filing.

Lucy Prashker, Esq.
Dennis LaRochelle, Esq.
CAIN HIBBARD MYER & COOK, PC
66 West Street
Pittsfield, MA 01201
***Counsel for Defendant Spofford Motors, d/b/a Village Automotive***

James F. Martin, Esq.
ROBINSON DONOVAN, P.C.
1500 Main St. Suite 1600
Springfield, MA. 01115-5609
***Counsel for Defendant TIG Insurance Company***

      I hereby certify that, because I understand that the following counsel of record and parties have not registered for electronic receipt of filed documents via the Court's CM/ECF system, I have served the foregoing on this/counsel by mailing same to him/her/them, posted prepaid, on this 13th day of April 2005:

Adam Clermont, Esquire
FREEDMAN, DEROSA, AND RONDEAU
P.O. Box 746
87 Marshall Street
Mass MoCA, Bldg. 1, Rm. 200
North Adams, MA 01247
***Counsel for Plaintiffs***

David Reichert
1612 Route 20, Lot 1
West Lebanon, NY 12195
***Third-Party Defendant***

Lance Jay Bingham
14 Homestead Road East
Clinton, NY 13323-1006
***Third-Party Defendant***

                                                    */s/ Bill Staar*
                                                    William A. Staar

1137015v1

# EXHIBIT A

Case 3:05-cv-30003-MAP    Document 26    Filed 04/13/2005    Page 4 of 7

## Office of the Oneida County Sheriff
## Sheriff's Certificate of Service

United States District Court
District Of Massachusetts, Western Divisin

Sheriff File Number – 05000662

| |
|---|
| Brandon DeMyer and Tamara DeMyer, Next Friend Of Brandon DeMyer, PPA |
| VS. |
| Bombardier Recreational Products Inc. BRP US Inc. Spofford Motors, Inc. and TIG Insurance Company |
| VS. |
| Mr. Lance Jay Bingham and Mr. David Reichert |

Third Party Summons In A Civil Action/Third Party Complaint
Civil Action No. 2005-3003-MAP

I, Deputy Sheriff Jeffrey Farrell, Badge # 94 being duly sworn, deposes and says: that he is not a party to this action, is over 18 years of age and is a resident of the state of New York. That on 4/4/2005 at 12:50 pm, at 14 Homestead East Road, Clinton, NY 13323, deponent served the within Third Party Summons In A Civil Action/Third Party Complaint on Lance Jay Bingham, the defendant named therein, in the following manner.

PERSONAL SERVICE

By delivering to and leaving with Lance Jay Bingham personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

NON-MILITARY

At the time of service Lance Jay Bingham was asked if was in the Military Service of the U.S. Government and Lance Jay Bingham replied no.

DESCRIPTION

The person served was approximately: Skin Color: White, Hair Color: Brown, Gender: Male Height: 5' 8" Weight: 170 Age: 35-40.

SERVICE ATTEMPTS
Date: 4/1/2005 Time: 3:05 pm 14 Homestead East Road Clinton, NY 13323
Date: 4/2/2005 Time: 11:40 am 14 Homestead East Road Clinton, NY 13323

4/5/05  Utica, New York
Date

Jeffrey Farrell
Deputy Sheriff

94
Badge Number

Daniel G Middaugh
Sheriff of Oneida County

≈AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/4/05 |
| NAME OF SERVER J. Farrell | TITLE Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/4/05
　　　　　　　Date

Signature of Server: D/S J. Farrell #94

Address of Server: Oneida Co.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts, Western Division**

PLAINTIFF **Brandon DeMyer and Tamara DeMyer, Next Friend of Brandon DeMyer**

V. DEFENDANT AND THIRD PARTY PLAINTIFF
**BRP US, Inc.**

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number:    2005-CV3003MAP

V. THIRD PARTY DEFENDANT
   **Lance Jay Bingham and David Reichert**

To: Name and address of Third Party Defendant
**Lance Jay Bingham - P.O. Box 14, Brainard, NY 12024**

**David Reichert - P.O. Box 101, West Lebanon, NY 12195**

YOU ARE HEREBY SUMMONED and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Adam Clermont, Esq.
Freedman, DeRosa, and Rondeau
P.O. Box 746, 87 Marshall Street
Mass MoCa, Bldg. 1, Rm. 200
North Adams, MA 01247

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Spofford Motors, d/b/a Village Automotive
P.O. Box 78, North Hoosick, NY 12133

TIG Insurance Co.
5205 North O'Connor Blvd., Irving, TX 75015

Bombardier Recreational Products, Inc., & BRP US INC, Mark S. Granger, 250 Summer St., Boston MA 02210

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____    DATE  January 19, 2005

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA,<br><br>Plaintiffs,<br><br>v.<br><br>BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY,<br><br>Defendants,<br><br>v.<br><br>MR. LANCE JAY BINGHAM and MR. DAVID REICHERT<br><br>Third-Party Defendants. | CIVIL ACTION NO: 2005-30003-MAP |

**NOTICE OF PROOF OF SERVICE
OF THIRD-PARTY COMPLAINT ON LANCE J. BINGHAM**

Pursuant to FRCP Rule 4(*l*), Defendant BRP US, Inc., ("BRP US") hereby notes that on April 4, 2005, an authorized sheriff served upon Third-Party Defendant, Lance Jay Bingham, in hand, a copy of the Third-Party Complaint of Defendant BRP US, Inc., Against Lance Jay Bingham and David Reichert. A copy of that sheriff's return of service is attached hereto as Exhibit A.

1137015v1

- 2 -

                    BRP US, INC.

*/s/ Bill Staar*
Mark S. Granger, BBO# 206920
William A. Staar, BBO# 659425
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date: April 13, 2005

## CERTIFICATE OF SERVICE

The undersigned understands that the following counsel of record are registered on the Court's CM/ECF database. As a result, these individuals (1) will receive from the Court electronic notification of the filing of this document, (2) have access to this document through the Court's website, and (3) will not receive paper copies of the foregoing from the undersigned upon filing.

Lucy Prashker, Esq.
Dennis LaRochelle, Esq.
CAIN HIBBARD MYER & COOK, PC
66 West Street
Pittsfield, MA 01201
*Counsel for Defendant Spofford Motors, d/b/a Village Automotive*

James F. Martin, Esq.
ROBINSON DONOVAN, P.C.
1500 Main St. Suite 1600
Springfield, MA. 01115-5609
*Counsel for Defendant TIG Insurance Company*

I hereby certify that, because I understand that the following counsel of record and parties have not registered for electronic receipt of filed documents via the Court's CM/ECF system, I have served the foregoing on this/counsel by mailing same to him/her/them, posted prepaid, on this 13th day of April 2005:

Adam Clermont, Esquire
FREEDMAN, DEROSA, AND RONDEAU
P.O. Box 746
87 Marshall Street
Mass MoCA, Bldg. 1, Rm. 200
North Adams, MA 01247
*Counsel for Plaintiffs*

David Reichert
1612 Route 20, Lot 1
West Lebanon, NY 12195
*Third-Party Defendant*

Lance Jay Bingham
14 Homestead Road East
Clinton, NY 13323-1006
*Third-Party Defendant*

/s/ *Bill Staar*
William A. Staar

1137015v1

# EXHIBIT A

Office of the Oneida County Sheriff
Sheriff's Certificate of Service

United States District Court
District Of Massachusetts, Western Divisin

Sheriff File Number – 05000662

| Brandon DeMyer and Tamara DeMyer, Next Friend Of Brandon DeMyer, PPA |
| --- |
| VS. |
| Bombardier Recreational Products Inc. BRP US Inc. Spofford Motors, Inc. and TIG Insurance Company |
| VS. |
| Mr. Lance Jay Bingham and Mr. David Reichert |

Third Party Summons In A Civil Action/Third Party Complaint
Civil Action No. 2005-3003-MAP

I, Deputy Sheriff Jeffrey Farrell, Badge # 94 being duly sworn, deposes and says: that he is not a party to this action, is over 18 years of age and is a resident of the state of New York. That on 4/4/2005 at 12:50 pm, at 14 Homestead East Road, Clinton, NY 13323, deponent served the within Third Party Summons In A Civil Action/Third Party Complaint on Lance Jay Bingham, the defendant named therein, in the following manner.

PERSONAL SERVICE

By delivering to and leaving with Lance Jay Bingham personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

NON-MILITARY

At the time of service Lance Jay Bingham was asked if was in the Military Service of the U.S. Government and Lance Jay Bingham replied no.

DESCRIPTION

The person served was approximately: Skin Color: White,  Hair Color: Brown, Gender: Male Height: 5' 8" Weight: 170 Age: 35-40.

SERVICE ATTEMPTS
Date: 4/1/2005 Time: 3:05 pm 14 Homestead East Road Clinton, NY 13323
Date: 4/2/2005 Time: 11:40 am 14 Homestead East Road Clinton, NY 13323

4/5/05    Utica    , New York
Date

Jeffrey Farrell              94
Deputy Sheriff              Badge Number

Daniel G Middaugh
Sheriff of Oneida County

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/4/05 |
| NAME OF SERVER J. Farrell | TITLE Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/4/05___　　_Dep J. Farrell #94_
　　　　　　　　Date　　　　　　　Signature of Server

　　　　　　　　　　　　　　　_Oneida Co._
　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts, Western Division**

PLAINTIFF **Brandon DeMyer and Tamara DeMyer, Next Friend of Brandon DeMyer**

V. DEFENDANT AND THIRD PARTY PLAINTIFF
**BRP US, Inc.**

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: **2005-CV3003MAP**

V. THIRD PARTY DEFENDANT
**Lance Jay Bingham and David Reichert**

To: Name and address of Third Party Defendant
**Lance Jay Bingham – P.O. Box 14, Brainard, NY 12024**

**David Reichert – P.O. Box 101, West Lebanon, NY 12195**

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Adam Clermont, Esq.
Freedman, DeRosa, and Rondeau
P.O. Box 746, 87 Marshall Street
Mass MoCa, Bldg. 1, Rm. 200
North Adams, MA 01247

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

Spofford Motors, d/b/a Village Automotive
P.O. Box 78, North Hoosick, NY 12133

TIG Insurance Co.
5205 North O'Connor Blvd., Irving, TX 75015

Bombardier Recreational Products, Inc., & BRP US INC, Mark S. Granger, 250 Summer St., Boston MA 02210

an answer to the third-party complaint which is served on you with this summons, within **20** days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____

(By) DEPUTY CLERK

DATE _January 19, 2005_