UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO: 2005-30003-MAP

| | |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA, <br><br> Plaintiffs, <br><br> v. <br><br> BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY, <br><br> Defendants, <br><br> v. <br><br> MR. LANCE JAY BINGHAM and MR. DAVID REICHERT <br><br> Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### STATEMENT OF BOMBARDIER RECREATIONAL PRODUCTS, INC. WITH RESPECT TO BUDGET AND ALTERNATE DISPUTE RESOLUTION PURSUANT TO LOCAL RULE 16.1(D)(3)(a&b)

Defendant, Bombardier Recreational Products Inc. (hereinafter BRP Inc.) hereby certifies pursuant to Local Rule 16.1(D)(3)(a&b), of the United States District Court for the District of Massachusetts, that it has discussed a litigation budget with its counsel of record and that it has also discussed resolution of the litigation using Alternate Dispute Resolution with its counsel of record.

Bombardier Recreational Products Inc.
By,

Jean-Francois Denis, Esquire
BOMBARDIER RECREATIONAL PRODUCTS INC.
726 rue St-Joseph
Valcourt, Quebec
CANADA  J0E 2L0

Date:                                                       450-532-6107

1130793v1