UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.: 2005-30003-MAP

BRANDON DEMYER and )
TAMARA DEMYER, NEXT FRIEND )
OF BRANDON DEMYER, PPA, )
    Plaintiff )
)
v. )
)
BOMBARDIER RECREATIONAL PRODUCTS, )
INC., BRP US, INC., SPOFFORD )
MOTORS, INC. and TIG INSURANCE )
COMPANY, )
    Defendants )
)
v. )
)
LANCE BINGHAM and )
DAVID REICHERT, )
    Third-Party Defendants )

    Pursuant to Local Rule 16.1, the plaintiff makes the following written settlement proposal: The plaintiff agrees to release Bombardier Recreational Products, Inc., BRP US, Inc., Spofford Motors, Inc. and TIG Insurance Company from any and all claims in exchange for payment of $550,000.00.

    Respectfully submitted,

    Brandon DeMyer and Tamara
    DeMyer, Plaintiffs
    By their attorney,

Date: April 25, 2005

Adam Clermont, Esquire
Freedman, DeRosa and Rondeau
P.O. Box 746, 87 Marshall St.
Mass MoCA, Bldg. 1, Rm. 200
North Adams, MA 01247
(413) 664-1073
B.B.O.# 639769

CERTIFICATE OF SERVICE

I hereby certify that I have this day forwarded by first-class mail, postage prepaid, a copy of the foregoing Settlement Proposal to the following attorneys of record:

Mark S. Granger, Esquire
William A. Staar, Esquire
Attorneys for BRP US, Inc. and
Bombardier Recreational Products, Inc.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181

Dennis M. LaRochelle, Esquire
Lucy Prashker, Esquire
Attorneys for Spofford Motors, Inc.
Cain Hibbard Myers & Cook
66 West Street
Pittsfield, MA 01201

James F. Martin, Esquire
Attorney for TIG Insurance Company
Robinson Donovan, PC
1500 Main Street, Suite 1600
P.O. Box 15609
Springfield, MA 01115-5609

David Reichert
Third-Party Defendant
1612 Route 20, Lot 1
West Lebanon, NY 12195

Lance Jay Bingham
Third-Party Defendant
14 Homestead Road east
Clinton, NY 13323-1006

Date:   April 25, 2005

_____
Adam Clermont