UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY,<br><br>　　　　Defendants,<br><br>v.<br><br>MR. LANCE JAY BINGHAM and MR. DAVID REICHERT<br><br>　　　　Third-Party Defendants. | CIVIL ACTION NO: 2005-30003-MAP |

**JOINT STATEMENT RE: PROPOSED PRETRIAL SCHEDULE**

Pursuant to FRCP 16(b) & (c), 26(f), and LR 16.1(D), Plaintiffs, Brandon DeMyer and Tamara DeMyer, and Defendants, Bombardier Recreational Products, Inc., ("Bombardier") BRP US, Inc., ("BRP US") Spofford Motors, Inc., ("Spofford") and TIG Insurance Company ("TIG"), submit the following statement addressing the issues listed in the noted rule.  As of the date of this statement, Third-Party Defendant Mr. Lance J. Bingham has been served the third-party complaint containing claims against him, but has not yet appeared. Additionally, Third-Party Defendant Mr. David Reichart has not yet been served the third-party complaint containing

1139820v1

claims against him. Appropriate process servers in New York currently are in the process of effecting service.

## I. BACKGROUND

This is a complex product-liability case involving severe burns to the leg of the minor Plaintiff, Brandon DeMyer. Plaintiffs allege that on June 7, 2002, Master DeMyer, then 9 years old, was riding as a passenger on an all-terrain-vehicle operated by his father, Third-Party Defendant Lance J. Bingham, when a radiator hose became detached and sprayed him with hot radiator coolant. The vehicle was manufactured by Bombardier and distributed by BRP US. Spofford arranged the sale of the vehicle to Third Party Defendant, Mr. David Reichart. TIG is Spofford's insurer. Mr. Reichart owned the vehicle at the time of the incident and is believed to have allowed Mr. Bingham and Master DeMyer to ride on the vehicle together, with Master DeMyer sitting in front of his father. Defendants contend that the vehicle was properly designed and manufactured and that the accident was caused by a failure to follow multiple explicit warnings found both on the vehicle itself and in the vehicle's operator's manual, including a prohibition on multiple riders and the operation of the vehicle by someone under 16 years of age. Expert testimony is expected.

## II. JOINT DISCOVERY PLAN

Currently, the filing parties seek to alter the Court's rules for limited discovery events. Given the complexity of this case and the number of parties involved, the parties anticipate that it will be necessary to take the depositions of more than 10 people (third-party keeper-of-record deponents and experts excluded). They respectfully request that 15 depositions be approved. For reasons detailed below, they also seek additional time to perfect service on Third-Party Defendants.

1139820v1

Additionally, the filing parties have agreed to execute a stipulated protective order to guard against the unnecessary dissemination of certain confidential information and trade secrets regarding the Bombardier product at issue in this case. The parties seek the Court's approval of that protective order via their Joint Motion for Approval of Protective Order, dated May _, 2005. All counsel currently appearing in the case assent to that motion.

### III.  PROPOSED SCHEDULE

The filing parties propose the following litigation schedule:

| | |
|---|---|
| **8/1/05:** | Deadline for service of third-party complaints. |
| **2/2/06:** | Status conference. |
| **4/1/06**: | Factual discovery completed. |
| **5/1/06**: | Plaintiffs' declaration of expert witnesses and production of expert reports. |
| **7/1/06**: | Defendants' and Co-Defendants declaration of expert witnesses and production of expert reports. |
| **9/30/06**: | Expert depositions completed. |
| **10/4/06**: | Status conference. |
| **11/15/06**: | Dispositive motions filed. |
| **1/25/07**: | Final pretrial hearing. |

### IV.  CERTIFICATIONS RE: BUDGET AND ADR DISCUSSIONS WITH CLIENTS

Attached hereto as Exhibit A are the certificates required by LR 16.1(D)(3) for Plaintiffs and Co-Defendants Bombardier and BRP US. The certificates for Bombardier and BRP US were filed electronically several weeks ago, but copies are attached hereto nonetheless. Co-Defendants Spofford and TIG intend to file their certificates prior to the scheduling conference in this case for May 10, 2005. As noted above, Third-Party Defendants have yet to appear.

**V.     TRIAL BY MAGISTRATE JUDGE**

The parties do not assent to trial by magistrate judge.

**VI.    ALTERNATIVE DISPUTE RESOLUTION**

The parties may agree to engage in alternative dispute resolution privately after exchange of expert disclosures.

**VII.   OTHER MATTERS**

    **A.     SEVERANCE OF CLAIMS AGAINST TIG**

Defendant TIG will move to sever and stay discovery and trial of the case against it under MGL ch. 93A and 176D.  It is expected that all parties will assent to the motion.

    **B.     LOCATION OF SUBJECT VEHICLE**

As of the date of this statement, the appearing parties do not know the location of the subject vehicle or who owns it.  Bombardier and BRP US note that the assistance of this Court may be necessary to secure and procure it.

    **C.     THIRD-PARTY DEFENDANTS**

Bombardier and BRP US have had great difficulty locating Messrs. Reichart and Bingham, which is why they have proposed a deadline of 8/1/05 to accomplish service of their third-party complaints on these individuals.  BRP US has effected service of its third-party complaint on Mr. Bingham, but Bombardier has not.  Mr. Reichart, who has not yet received either third-party complaint, is especially important to this case because he may still be in possession of the vehicle involved in the incident and/or have knowledge of where it may be found.

        BRANDON DEMYER AND
TAMARADEMYER, NEXT FRIEND OF
BRANDON DEMYER, PPA


*/s/ Adam Clermont*
_____
Adam Clermont, Esq. (BBO# 639769)
FREEDMAN, DEROSA, AND RONDEAU
P.O. Box 746
87 Marshall Street
Mass MoCA, Bldg. 1, Rm. 200
North Adams, MA 01247

Date:   May 3, 2005        Phone: (413) 664-1073



BOMBARDIER RECREATIONAL
PRODUCTS, INC., and BRP US, INC.


*/s/ Mark Granger*
_____
Mark S. Granger  (BBO# 206920)
William A. Staar (BBO# 659425)
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210

Date:  May 3, 2005        Phone:  (617) 439-7500



TIG INSURANCE COMPANY


*/s/ Jim Martin*
_____
James F. Martin, Esq. (BBO# 322480)
ROBINSON DONOVAN, P.C.
1500 Main St., Suite 1600
Springfield, MA 01115-5609

Date:  May 3, 2005        Phone: (413) 732-2301

|  | SPOFFORD MOTORS, d/b/a VILLAGE AUTOMOTIVE |
|---|---|
|  | */s/ Dennis LaRochelle* |
|  | _____ |
|  | Lucy Prashker, Esq.  (BBO# 405330) |
|  | Dennis LaRochelle, Esq.  (BBO# 600924) |
|  | CAIN HIBBARD MYER & COOK, PC |
|  | 66 West Street |
|  | Pittsfield, MA 01201 |
| Date:   May 3, 2005 | Phone: (413) 443-4771 |

## **CERTIFICATE OF SERVICE**

The undersigned understands that the following counsel of record are registered on the Court's CM/ECF database. As a result, these individuals (1) will receive from the Court electronic notification of the filing of this document, (2) have access to this document through the Court's website, and (3) will not receive paper copies of the foregoing from the undersigned upon filing.

James F. Martin, Esq.
ROBINSON DONOVAN, P.C.
1500 Main St. Suite 1600
Springfield, MA. 01115-5609
*Counsel for Defendant TIG Insurance Company*

Lucy Prashker, Esq.
Dennis LaRochelle, Esq.
CAIN HIBBARD MYER & COOK, PC
66 West Street
Pittsfield, MA 01201
*Counsel for Defendant Spofford Motors, d/b/a Village Automotive*

The undersigned understands that the following counsel are not registered on this Court's CM/ECF system for this matter. As a result, a copy of the foregoing was sent to them by First Class Mail, postage prepaid, this 3rd day of May 2005:

Adam Clermont, Esquire
FREEDMAN, DEROSA, AND RONDEAU
P.O. Box 746
87 Marshall Street
Mass MoCA, Bldg. 1, Rm. 200
North Adams, MA 01247
*Counsel for Plaintiffs*

David Reichert
68 Chuckleberry Way
Stephentown, NY 12168
*Third-Party Defendant*

Lance Jay Bingham
14 Homestead Road East
Clinton, NY 13323-1006
*Third-Party Defendant*

*/s/ Bill Staar*

William A. Staar

# EXHIBIT A

4-26-05

27A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.: 2005-30003-MAP

BRANDON DEMYER and )
TAMARA DEMYER, NEXT FRIEND )
OF BRANDON DEMYER, PPA, )
    Plaintiff )
)
v. )
)
BOMBARDIER RECREATIONAL PRODUCTS, )
INC., BRP US, INC., SPOFFORD )
MOTORS, INC. and TIG INSURANCE )
COMPANY, )
    Defendants )

## CERTIFICATION OF PLAINTIFF WITH RESPECT TO LITIGATION BUDGET AND ALTERNATE DISPUTE RESOLUTION

Pursuant to Local Rule 16.1(d)(3)(a)(b), I, Adam Clermont, and Tamara DeMyer, Next Friend of Brandon DeMyer, PPA, certify that we have conferred with a view of establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_April 2, 2005_
Date

_Tamara DeMyer_
Tamara DeMyer

                                        Brandon DeMyer and Tamara
                                        DeMyer, Plaintiffs
                                        By their attorney,

Date:  4/26/05

                                        _____
                                        Adam Clermont, Esquire
                                        Freedman, DeRosa and Rondeau
                                        P.O. Box 746, 87 Marshall St.
                                        Mass MoCA, Bldg. 1, Rm. 200
                                        North Adams, MA 01247
                                        (413) 664-1073
                                        B.B.O.# 639769

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO: 2005-30003-MAP

BRANDON DeMYER and TAMARA DeMYER,
NEXT FRIEND OF BRANDON DeMYER, PPA,

Plaintiffs,

v.

BOMBARDIER RECREATIONAL PRODUCTS,
INC., BRP US, INC., SPOFFORD MOTORS, INC.,
and TIG INSURANCE COMPANY,

Defendants,

v.

MR. LANCE JAY BINGHAM and
MR. DAVID REICHERT

Third-Party Defendants.

## STATEMENT OF BOMBARDIER RECREATIONAL PRODUCTS, INC. WITH RESPECT TO BUDGET AND ALTERNATE DISPUTE RESOLUTION PURSUANT TO LOCAL RULE 16.1(D)(3)(a&b)

Defendant, Bombardier Recreational Products Inc. (hereinafter BRP Inc.) hereby certifies pursuant to Local Rule 16.1(D)(3)(a&b), of the United States District Court for the District of Massachusetts, that it has discussed a litigation budget with its counsel of record and that it has also discussed resolution of the litigation using Alternate Dispute Resolution with its counsel of record.

Bombardier Recreational Products Inc.
By,

Jean-Francois Denis, Esquire
BOMBARDIER RECREATIONAL PRODUCTS INC.
726 rue St-Joseph
Valcourt, Quebec
CANADA  J0E 2L0
450-532-6107

Date:

1130793v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA,<br><br>Plaintiffs,<br><br>v.<br><br>BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY,<br><br>Defendants,<br><br>v.<br><br>MR. LANCE JAY BINGHAM and MR. DAVID REICHERT<br><br>Third-Party Defendants. | CIVIL ACTION NO: 2005-30003-MAP |

### CERTIFICATION OF DEFENDANT, BRP US INC. WITH RESPECT TO LITIGATION BUDGET AND ALTERNATE DISPUTE RESOLUTION

Pursuant to Local Rule 16.1(D)(3)(a)(b), the Defendant and third party Plaintiff, BRP US Inc., by its authorized representative and its counsel of record in this case, certify that BRP US Inc., and its counsel conferred regarding a budget for legal costs in this matter and the use of alternate dispute resolution.

BRP US Inc.
By Its Attorney,

/s/ Mark S. Granger

Mark S. Granger, BBO# 206920

1124267v1

William A. Staar, BBO# 659425
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

BRP US Inc.

_____
Marie-Claude Simard, Esquire
Conseillere Juridique
Bombardier Recreational Products Inc.
726 rue St-Joseph
Valcourt, QUEBEC J0E 2L0 CANADA

Date: Feb. 7, 2005

1124267v1