UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRANDON DeMYER and TAMARA
DeMYER, NEXT FRIEND OF
BRANDON DeMYER, PPA,

    Plaintiffs,

v.

BOMBARDIER RECREATIONAL
PRODUCTS, INC., BRP US INC.,
SPOFFORD MOTORS, INC. and TIG
INSURANCE COMPANY,

    Defendants,

v.

LANCE JAY BINGHAM and DAVID
REICHERT,

    Third-Party
    Defendants.

CIVIL ACTION NO. 2005-30003-MAP

## CERTIFICATE OF DEFENDANT SPOFFORD MOTORS, INC. PURSUANT TO LOCAL RULE 16.1(D)(3)

Defendant Spofford Motors, Inc. ("Spofford") and its counsel, Cain, Hibbard, Myers & Cook, PC, hereby certify as follows:

    1.    We certify that we have conferred with a view to establishing a budget for the costs of conducting the full course, as well as various alternative courses, of this litigation.

    2.    We further certify that we have conferred about the possible resolution of this litigation through the use of alternative dispute resolution programs such as a mini-trial, a summary jury trial and mediation.

May 3, 2005

CAIN, HIBBARD, MYERS & COOK, PC

By _____
Lucy Prashker, Esq. (BBO # 405330)
Dennis M. LaRochelle, Esq. (BBO # 600924)
CAIN, HIBBARD, MYERS & COOK PC
66 West Street
Pittsfield, MA 01201
(413) 443-4771

SPOFFORD MOTORS, INC.

By _____
Roy Spofford
SPOFFORD MOTORS, INC.
Box 78, Route 67
North Hoosick, New York 12133
(518) 686-0830

2