UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:05-CV-30003-MAP

| | |
|---|---|
| BRANDON DEMYER and <br> TAMARA DEMYER, NEXT FRIEND <br> OF BRANDON DEMYER, PPA, <br>     Plaintiff <br> <br> vs. <br> <br> BOMBARDIER RECREATIONAL PRODUCTS, <br> INC., BRP US, INC., SPOFFORD MOTORS, INC. <br> and TIG INSURANCE COMPANY, <br>     Defendant <br> <br> vs. <br> <br> LANCE JAY BINGHAM and DAVID <br> REICHERT <br>     Third Party Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF DEFENDANT, TIG INSURANCE COMPANY PURSUANT TO LOCAL RULE 16.1 (D)(3)

Defendant TIG Insurance Company, ("TIG") and its counsel, Robinson Donovan, PC hereby certifies as follows:

1. We certify that we have conferred with a view to establishing a budget for the costs of conducting the full course, as well as various alternative courses, of this litigation.

2. We further certify that we have conferred about the possible resolution of this litigation through the use of alternative dispute resolution programs such as a mini-trial, a summary jury trial and mediation.

Dated: May 9, 2005

399466

THE DEFENDANT
TIG INSURANCE COMPANY

By_____/s/_____
James F. Martin, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  322480
jmartin@robinson-donovan.com


By_____/s/_____
Mark S. Rapponotti
Extra Contractual Claims
TIG Specialty Insurance Solutions
125 South Wacker Dr., Ste. 700
Chicago, IL 60606
Mark_Rapponotti@tigspecialty.com

391341