UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA,<br>          Plaintiffs | )<br>)<br>)<br>)<br>) | |
| v. | )<br>) | Civil Action No.  05-30003-MAP |
| BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY,<br>          Defendants | )<br>)<br>)<br>)<br>)<br>) | |
| v. | )<br>) | |
| MR. LANCE JAY BINGHAM and MR. DAVID REICHERT,<br>          Third-Party Defendants | )<br>)<br>) | |

SCHEDULING ORDER
May 10, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1.    The third party complaints shall be served no later than August 1, 2005.

2.    Counsel shall appear for a case management conference on September 16, 2005, at 10:00 a.m. in Courtroom Three.

3.    All non-expert discovery, including depositions, shall be completed by March 31, 2006.

4.    Plaintiffs shall designate and disclose information regarding their trial

experts as required by FED. R. CIV. P. 26(a)(2) by May 1, 2006.

5.    Defendants shall designate and disclose information regarding their trial

experts as required by FED. R. CIV. P. 26(a)(2) by June 30, 2006.

6.    All expert depositions shall be completed by September 29, 2006.

THERE SHALL BE NO EXTENSIONS OF THIS SCHEDULE.

IT IS SO ORDERED.

DATED: May 10, 2005

 /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge