UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA,<br><br>Plaintiffs,<br><br>v.<br><br>BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY,<br><br>Defendants,<br><br>v.<br><br>MR. LANCE JAY BINGHAM and MR. DAVID REICHERT<br><br>Third-Party Defendants. | CIVIL ACTION NO: 2005-30003-MAP |

**NOTICE OF PROOF OF SERVICE**
**OF THIRD-PARTY COMPLAINT UPON DAVID REICHERT**

Pursuant to FRCP Rule 4(*l*), Defendant BRP US, Inc., ("BRP US") hereby notes that on May 4, 2005, an authorized sheriff served upon Third-Party Defendant, David Reichert, by delivering to and leaving in hand to his sister, Kathie Reichert, a true copy of the Third-Party Complaint of Defendant BRP US, Inc., Against Lance Jay Bingham and David Reichart. A copy of that sheriff's return of service is attached hereto as Exhibit A.

1143007v1

- 2 -

                                    BRP US, INC.

*/s/ Bill Staar*
Mark S. Granger, BBO# 206920
William A. Staar, BBO# 659425
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date: May 18, 2005

## CERTIFICATE OF SERVICE

The undersigned understands that the following counsel of record are registered on the Court's CM/ECF database. As a result, these individuals (1) will receive from the Court electronic notification of the filing of this document, (2) have access to this document through the Court's website, and (3) will not receive paper copies of the foregoing from the undersigned upon filing.

Lucy Prashker, Esq.
Dennis LaRochelle, Esq.
CAIN HIBBARD MYER & COOK, PC
66 West Street
Pittsfield, MA 01201
*Counsel for Defendant Spofford Motors, d/b/a Village Automotive*

James F. Martin, Esq.
ROBINSON DONOVAN, P.C.
1500 Main St. Suite 1600
Springfield, MA. 01115-5609
*Counsel for Defendant TIG Insurance Company*

I hereby certify that, because I understand that the following counsel of record and parties have not registered for electronic receipt of filed documents via the Court's CM/ECF system, I have served the foregoing on this/counsel by mailing same to him/her/them, posted prepaid, on this 18th day of May 2005:

Adam Clermont, Esquire
FREEDMAN, DEROSA, AND RONDEAU
P.O. Box 746
87 Marshall Street
Mass MoCA, Bldg. 1, Rm. 200
North Adams, MA 01247
*Counsel for Plaintiffs*

David Reichert
28 Spruce Street
Rensselaer, NY 12144
*Third-Party Defendant*

Lance Jay Bingham
14 Homestead Road East
Clinton, NY 13323-1006
*Third-Party Defendant*

/s/ Bill Staar
William A. Staar

1143007v1

*EXHIBIT A*

# AFFIDAVIT OF SERVICE

Rensselaer County Sheriff's Office
Bureau of Judicial Enforcement
4000 Main Street
Troy, New York 12181
(518) 270-5448

---

STATE OF NEW YORK
District Court Massachusetts, Wester Division

Docket#:                           Account#: 05-0000180

Brandon DeMyer

,Plaintiff,

-against-
Bombardier Recreational Products Inc.,

,Defendant,

MARK GERACITANO, being duly sworn, deposes and says: that deponent is not a party to this proceeding, is over 18 years of age and resides in the State of New York.

MARK GERACITANO states that on Wednesday, May 04, 2005 at 07:15 PM at:
28 Spruce Street
Rensselaer, NY 12144
Service of the Third Party Summons & Complaint, was made upon David Reichert
named herein in the following manner:
**Substitute Service**
By delivering to and leaving with Kathie Reichert; who is Sister to the defendant; a true copy thereof. A person of suitable age and discretion said: address was the dwelling place of David Reichert.

At the time of service he/she was asked if the defendant is engaged in the military service of the United States and to her/his knowledge, he/she said that the defendant was not in the military.

The person served is described as:

Skin Color - Light
Race - White
Sex - Female
Hair Color - Brown
Height - 5' 6"
Weight - 230 lbs
Age - 31

Also by mailing a copy of the Third Party Summons & Complaint to the Defendant at his/her last known residence:

28 Spruce Street
Rensselaer, NY 12144

on May 04, 2005 at by regular 1st class mail.

_____          05-07-05
                                    Dated

Sworn and Subscribed to Before Me
this 7th day of May, 2005

_____
Notary

CONSTANCE A. PHILLIPS
NOTARY PUBLIC, State of New York
No. 01PH4988117
Qualified in Rensselaer County
Commission Expires November 4, 20 05

§AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts, Western Division**

PLAINTIFF **Brandon DeMyer and Tamara DeMyer, Next Friend of Brandon DeMyer**

V. DEFENDANT AND THIRD PARTY PLAINTIFF
**BRP US, Inc.**

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: **2005-CV3003MAP**

V. THIRD PARTY DEFENDANT
**Lance Jay Bingham and David Reichert**

To: Name and address of Third Party Defendant
**Lance Jay Bingham - P/O. Box 14, Brainard, NY 12024**

**David Reichert - P.O. Box 101, West Lebanon, NY 12195**

YOU ARE HEREBY SUMMONED and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Adam Clermont, Esq.
Freedman, DeRosa, and Rondeau
P.O. Box 746, 87 Marshall Street
Mass MoCa, Bldg. 1, Rm. 200
North Adams, MA 01247

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Spofford Motors, d/b/a Village Automotive
P.O. Box 78, North Hoosick, NY 12133

TIG Insurance Co.
5205 North O'Connor Blvd., Irving, TX 75015

Bombardier Recreational Products, Inc., & BRP US INC, Mark S. Granger, 250 Summer St., Boston MA 02210

an answer to the third-party complaint which is served on you with this summons, within ____20____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK **TONY ANASTAS** / Mary Finn
(By) DEPUTY CLERK

DATE **January 19, 2005**