UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA,<br><br>Plaintiffs,<br><br>v.<br><br>BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY,<br><br>Defendants,<br><br>v.<br><br>MR. LANCE JAY BINGHAM and MR. DAVID REICHERT<br><br>Third-Party Defendants. | CIVIL ACTION NO: 2005-30003-MAP |

**NOTICE OF PROOF OF SERVICE**
**OF THIRD-PARTY COMPLAINT UPON LANCE J. BINGHAM**

Pursuant to FRCP Rule 4(l), Defendant Bombardier Recreational Products, Inc., hereby notes that on June 8, 2005, an authorized sheriff served upon Third-Party Defendant Lance J. Bingham a copy of the Third-Party Complaint of Defendant Bombardier Recreational Products, Inc., Against Lance Jay Bingham and David Reichart, dated April 4, 2005, and an accompanying summons. Service was accomplished by leaving a copy of those documents at the door of Mr. Bingham's place of abode within the State of New York. A copy of the sheriff's return of service is attached hereto as Exhibit A.

1147115v1

BOMBARDIER RECREATIONAL
PRODUCTS, INC.

_/s/ Mark S. Granger_
Mark S. Granger, BBO# 206920
William A. Staar, BBO# 659425
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date: June 14, 2005

1147115v1

## CERTIFICATE OF SERVICE

The undersigned understands that the following counsel of record are registered on the Court's CM/ECF database. As a result, these individuals (1) will receive from the Court electronic notification of the filing of this document, (2) have access to this document through the Court's website, and (3) will not receive paper copies of the foregoing from the undersigned upon filing.

Lucy Prashker, Esq.
Dennis LaRochelle, Esq.
CAIN HIBBARD MYER & COOK, PC
66 West Street
Pittsfield, MA 01201
*Counsel for Defendant Spofford Motors, d/b/a Village Automotive*

James F. Martin, Esq.
ROBINSON DONOVAN, P.C.
1500 Main St. Suite 1600
Springfield, MA. 01115-5609
*Counsel for Defendant TIG Insurance Company*

I hereby certify that, because I understand that the following counsel of record and parties have not registered for electronic receipt of filed documents via the Court's CM/ECF system, I have served the foregoing on this/counsel by mailing same to him/her/them, posted prepaid, on this 14th day of June 2005:

Adam Clermont, Esquire
FREEDMAN, DEROSA, AND RONDEAU
P.O. Box 746
87 Marshall Street
Mass MoCA, Bldg. 1, Rm. 200
North Adams, MA 01247
*Counsel for Plaintiffs*

David Reichert
1627 Rt. 13
Brainard, NY 12124
*Third-Party Defendant*

Lance Jay Bingham
14 Homestead Road East
Clinton, NY 13323-1006
*Third-Party Defendant*



William A. Staar

1147115v1

# EXHIBIT A

## Office of the Oneida County Sheriff
## Sheriff's Certificate of Service

District Court
Western Division, State of Massachusetts

Sheriff File Number: 05001095

---

Brandon DeMyer and Tamara DeMyer, Next Friend Of Brandon DeMyer, PPA

Vs

Bombardier Recreational Products, Inc., BRP US Inc. Spofford Motors, Inc. and TIG Insurance Company

Vs

Mr. Lance Jay Bingham and Mr. David Reichert

---

Third Party Summons In A Civil Aciton/Third Party Complaint
Civil Action No. 2005-30003-MAP

---

I, Deputy Sheriff Craig Critelli, Badge number 174 being duly sworn, deposes and says: that he/she is not a party to this action, is over 18 years of age and is a resident of the state of New York. That on 6/7/2005 at 09:36 am, at 14 Homestead Rd E Clinton, NY 13323, deponent served the within Third Party Summons In A Civil Aciton/Third Party Complaint upon Mr. Lance Jay Bingham, the defendant therein named by delivering a true copy of each to the door of said premises, which is defendant's place of abode within the state

SERVICE ATTEMPTS
Date: 5/23/2005 Time: 11:00 am 14 Homestead Rd E Clinton, NY 13323
Date: 5/23/2005 Time: 1:26 pm 14 Homestead Rd E Clinton, NY 13323
Date: 5/25/2005 Time: 2:41 pm 14 Homestead Rd E Clinton, NY 13323
Date: 5/26/2005 Time: 11:09 am 14 Homestead Rd E Clinton, NY 13323
Date: 5/26/2005 Time: 1:58 pm 14 Homestead Rd E Clinton, NY 13323
Date: 5/27/2005 Time: 3:36 pm 14 Homestead Rd E Clinton, NY 13323
Date: 6/1/2005 Time: 12:30 pm 14 Homestead Rd E Clinton, NY 13323
Date: 6/3/2005 Time: 11:49 am 14 Homestead Rd E Clinton, NY 13323
Date: 6/3/2005 Time: 2:24 pm 14 Homestead Rd E Clinton, NY 13323

MAILED
Deponent also enclosed a copy of same in a prepaid sealed wrapper properly addressed to the defendant at defendant's last known address, at 14 Homestead Rd E Clinton, NY 13323, and deposited said wrapper in a Post Office – Official Depository under exclusive care and custody of the United States Postal Service within New York State on 6/8/2005

6/8/05   Utica   , New York
Date

Craig Critelli    174
Deputy Sheriff    Badge Number

Daniel G Middaugh
Sheriff of Oneida County