UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO: 2005-30003-MAP

|  |  |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA, <br><br> Plaintiffs, <br><br> v. <br><br> BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY, <br><br> Defendants, <br><br> v. <br><br> MR. LANCE JAY BINGHAM and MR. DAVID REICHERT <br><br> Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF PROOF OF SERVICE
## OF THIRD-PARTY COMPLAINT UPON DAVID REICHERT

Pursuant to FRCP Rule 4(l), Defendant Bombardier Recreational Products, Inc., hereby notes that on June 6, 2005, an authorized sheriff served upon Third-Party Defendant David Reichert a true copy of the Third-Party Complaint of Defendant Bombardier Recreational Products, Inc., Against Lance Jay Bingham and David Reichart, dated April 4, 2005, and an accompanying summons. Service was accomplished by handing a copy of those documents to Mr. Reichart. A copy of that sheriff's return of service is attached hereto as Exhibit A.

1147103v1

BOMBARDIER RECREATIONAL
PRODUCTS, INC.

Mark S. Granger, BBO# 206920
William A. Staar, BBO# 659425
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date:  June 14, 2005

- 2 -

## CERTIFICATE OF SERVICE

The undersigned understands that the following counsel of record are registered on the Court's CM/ECF database. As a result, these individuals (1) will receive from the Court electronic notification of the filing of this document, (2) have access to this document through the Court's website, and (3) will not receive paper copies of the foregoing from the undersigned upon filing.

Lucy Prashker, Esq.
Dennis LaRochelle, Esq.
CAIN HIBBARD MYER & COOK, PC
66 West Street
Pittsfield, MA 01201
*Counsel for Defendant Spofford Motors, d/b/a Village Automotive*

James F. Martin, Esq.
ROBINSON DONOVAN, P.C.
1500 Main St. Suite 1600
Springfield, MA. 01115-5609
*Counsel for Defendant TIG Insurance Company*

I hereby certify that, because I understand that the following counsel of record and parties have not registered for electronic receipt of filed documents via the Court's CM/ECF system, I have served the foregoing on this/counsel by mailing same to him/her/them, posted prepaid, on this 14th day of June 2005:

Adam Clermont, Esquire
FREEDMAN, DEROSA, AND RONDEAU
P.O. Box 746
87 Marshall Street
Mass MoCA, Bldg. 1, Rm. 200
North Adams, MA 01247
*Counsel for Plaintiffs*

David Reichert
1627 Rt 13
Brainard, NY 12124
*Third-Party Defendant*

Lance Jay Bingham
14 Homestead Road East
Clinton, NY 13323-1006
*Third-Party Defendant*

William A. Staar

- 3 -

1147103v1

# EXHIBIT A

AFFIDAVIT OF SERVICE

Rensselaer County Sheriff's Office
Bureau of Judicial Enforcement
4000 Main Street
P.O. Box 389
Troy, New York 12181-0389
(518) 270-5448

STATE OF NEW YORK
District Court Massachusetts, Wester Division

Account#: 05-0000197

Brandon DeMyer

,Plaintiff,

-against-

Bombardier Recreational Products Inc.,

,Defendant,

MARC R. ST. GERMAIN , being duly sworn, deposes and says: that deponent is not a party to this proceeding, is over 18 years of age and resides in the State of New York.

MARC R. ST. GERMAIN  states that on Monday, June 06, 2005 at 10:30 AM at:
4000 Main Street
Troy, NY 12180
service of the Third Party Summons & Complaint was made upon:

David  Reichert

the Witness named herein in the following manner:
Personal Service
By delivering to and leaving with David  Reichert, in hand, a true copy thereof, said person being known to me as the person mentioned and described herein.

At the time of the service the defendant was asked if he/she is in the military service of the United States and he/she stated that he/she is not.

The person served is described as:

Race - White
Skin Color - Medium
Sex - Male
Age - 24
Hair Color - Brown
Height - 5' 8"
Weight - 175 lbs

_Sgt MR Germain_                    _6-06-05_
                                          Dated

Sworn and Subscribed to Before Me

this _6th_ day of ___June___ , _2005_

_Constance A Phillips_
            Notary

CONSTANCE A. PHILLIPS
NOTARY PUBLIC, State of New York
No. 01PH4988117
Qualified in Rensselaer County
Commission Expires November 4, 20_15_