UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:05-CV-30003-MAP

| | |
|---|---|
| BRANDON DEMYER and <br> TAMARA DEMYER, NEXT FRIEND <br> OF BRANDON DEMYER, PPA, <br>     Plaintiff | ) <br> ) <br> ) <br> ) <br> ) |
| vs. | ) <br> ) |
| BOMBARDIER RECREATIONAL PRODUCTS, <br> INC., BRP US, INC., SPOFFORD MOTORS, INC. <br> and TIG INSURANCE COMPANY, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) |
| vs. | ) <br> ) |
| MR. LANCE JAY BINGHAM and <br> MR. DAVID REICHERT <br><br>     Third Party Defendants | ) <br> ) <br> ) <br> ) |

## ASSENTED-TO MOTION OF THE DEFENDANT, TIG INSURANCE COMPANY TO SEVER AND STAY DISCOVERY AND TRIAL

Now comes the Defendant, TIG Insurance Company, and moves this Court, with the assent of the Plaintiff and co-defendants, to sever the Plaintiff's action against the Defendant, TIG Insurance Company, and to stay discovery and trial of the direct claim by the Plaintiff against TIG Insurance Company filed under Massachusetts General Law c. 93A and Massachusetts General Law c. 176D.

In support of this Motion, the Defendant TIG Insurance Company states that this is a complex product liability case involving a minor.  The Plaintiffs have brought a direct action against the manufacturer and distributor of the vehicle as well as the retailer, Spofford Motors, Inc.  Spofford Motors, the retailer is insured by TIG.

405094

The plaintiffs allege Spofford Motors, Inc.'s insurer, TIG, violated Mass. General Law c. 176D and 93A by failing to properly respond to the Plaintiff's demand for settlement. TIG vigorously denies the Plaintiff's allegation.

As evidenced by the pleadings filed to date in this case, liability is strongly contested by the Defendants and the plaintiffs and defendants are in agreement that it is proper and appropriate to stay and sever the claim against TIG Insurance Company until such time as the underlying liability claim against the direct Defendants has been resolved. Moreover, TIG Insurance Company is presently providing a defense to Spofford Motors, Inc. in this matter.

Therefore, for judicial economy purposes the parties are in agreement that the direct action against TIG Insurance Company may be severed and stayed pending further order of the Court.

TIG has not been able to discuss this Motion with Third Party Defendants Lance Bingham and David Reichert but does not anticipate that they would have any objection to this Motion.

WHEREFOR, the TIG Insurance Company prays that this Court grant its Motion to Sever and Stay the direct action against it.

Dated: July 20, 2005

391341

THE DEFENDANT
TIG INSURANCE COMPANY

By          /s/ *James F. Martin*
James F. Martin, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 322480
jmartin@robinson-donovan.com

THE PLAINTIFF
BRANDON DEMYER and TAMARA
DEMYER, Next Friend of BRANDON
DEMYER, PPA

          /s/ Adam Clermont____
Adam Clermont, Esq.
Freedman DeRosa and Rondeau
PO Box 746
87 Marshall St.
Mass MoCA, Bldg. 1, Rm. 200
North Adams, MA 01247
Phone (413) 664-1074  Fax (413) 664-7379
BBO No: 639769


THE DEFENDANT
SPOFFORD MOTORS, INC.


         */s/ Lucy Prashker,*_____
Lucy Prashker, Esq.
Dennis Larochelle, Esq.
Cain Hibbard Myer & Cook, PC
309 Main St.
Great Barrington, MA 02130
Phone (413) 428-4771  Fax (413) 528-7694
LP BBO No: 405330
DML BBO No: 600924

391341

THE DEFENDANT
BOMBARDIER RECREATIONAL
PRODUCTS, INC. AND BRP US, INC.


_____/s/ Mark S. Granger,_____
Mark S. Granger, Esq.
William A. Starr, Esq.
Morrison, Mahoney, LLP
250 Summer St.
Boston, MA 02210
Phone (617) 439-7500  Fax (617) 439-7590
MSG BBO No:  206920
WAS BBO No:  659425

## CERTIFICATE OF SERVICE

I, James F. Martin, Esq., hereby certify that on this 20th day of July, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to pro se Third Party Defendant, David Reichert, 68 Chuckleberry Way, Stephentown, NY 12169, Lance Jay Bingham, 14 Homestead Road East, Clinton, NY 13323-1006 and Adam Clermont, Esq., PO Box 746, North Adams, MA 01247 and notice of e-filing to Lucy Prasker, Esq., Dennis Larochelle, Esq., Mark S. Granger, Esq., William A. Starr, Esq.

Subscribed under the penalties of perjury.


_____/s/_____
James F. Martin, Esq.

391341