UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA, <br><br> Plaintiffs, <br><br> v. <br><br> BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY, <br><br> Defendants, <br><br> v. <br><br> MR. LANCE JAY BINGHAM and MR. DAVID REICHERT <br><br> Third-Party Defendants. | CIVIL ACTION NO: 2005-30003-MAP |

**MOTION TO DEFAULT FOR**
**FAILURE TO APPEAR RE: THIRD-PARTY DEFENDANTS**

Pursuant to FRCP Rule 55(a), Defendants Bombardier Recreational Products, Inc., and BRP US Inc. (hereinafter "Bombardier" and "BRP US" respectively), hereby move the Court to enter a default against Third-Party Defendants David Reichert and Lance Jay Bingham. In accordance with FRCP Rule 4, months ago, Bombardier and BRP US properly served two third-party complaints (one from Bombardier and one from BRP US), each on David Reichert and Lance J. Bingham and filed appropriate notices of proof of service with the Court, (attached hereto as Schedules A through D). The time for each third-party defendant to respond has long

since expired, and neither individual has filed a response to the third-party complaints or otherwise appeared.

WHEREFORE, Bombardier and BRP US ask that the Court default third-party defendants Lance J. Bingham and David Reichart.

BOMBARDIER REC. PRODUCTS, INC.,
and  BRP US INC.

/s/ William A. Staar
Mark S. Granger, BBO# 206920
William A. Staar, BBO# 659425
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date:  August 12, 2005

- 2 -

## **ORDER**

Having carefully considered the foregoing, the Court rules as follows:

GRANTED / DENIED

By the court,

_____

Judge

## CERTIFICATE OF SERVICE

The undersigned understands that the following counsel of record are registered on the Court's CM/ECF database. As a result, these individuals (1) will receive from the Court electronic notification of the filing of this document, (2) have access to this document through the Court's website, and (3) will not receive paper copies of the foregoing from the undersigned upon filing.

Lucy Prashker, Esq.
Dennis LaRochelle, Esq.
CAIN HIBBARD MYER & COOK, PC
66 West Street
Pittsfield, MA 01201
*Counsel for Defendant Spofford Motors, d/b/a Village Automotive*

James F. Martin, Esq.
ROBINSON DONOVAN, P.C.
1500 Main St. Suite 1600
Springfield, MA. 01115-5609
*Counsel for Defendant TIG Insurance Company*

I hereby certify that, because I understand that the following counsel of record and parties have not registered for electronic receipt of filed documents via the Court's CM/ECF system, I have served the foregoing on this counsel by mailing same to him, posted prepaid, on this 12th day of August 2005:

Adam Clermont, Esquire
FREEDMAN, DEROSA, AND RONDEAU
P.O. Box 746
87 Marshall Street
Mass MoCA, Bldg. 1, Rm. 200
North Adams, MA 01247
*Counsel for Plaintiffs*

Pursuant to FRCP Rule 5(a), no service need be made on the following Third-Party Defendants in default for failure to appear. As a courtesy, however, the foregoing will be sent to these parties via First Class Mail, posted prepaid, on this 12th day of August 2005.

David Reichert
1627 Rt 13
Brainard, NY 12124
*Third-Party Defendant*

Lance Jay Bingham
14 Homestead Road East
Clinton, NY 13323-1006
*Third-Party Defendant*

/s/ William A. Staar
William A. Staar

1156656v1

# Schedule A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA,<br><br>      Plaintiffs,<br><br>v.<br><br>BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY,<br><br>      Defendants,<br><br>v.<br><br>MR. LANCE JAY BINGHAM and MR. DAVID REICHERT<br><br>      Third-Party Defendants. | CIVIL ACTION NO: 2005-30003-MAP |

## NOTICE OF PROOF OF SERVICE
## OF THIRD-PARTY COMPLAINT UPON DAVID REICHERT

Pursuant to FRCP Rule 4(l), Defendant Bombardier Recreational Products, Inc., hereby notes that on June 6, 2005, an authorized sheriff served upon Third-Party Defendant David Reichert a true copy of the Third-Party Complaint of Defendant Bombardier Recreational Products, Inc., Against Lance Jay Bingham and David Reichart, dated April 4, 2005, and an accompanying summons. Service was accomplished by handing a copy of those documents to Mr. Reichart. A copy of that sheriff's return of service is attached hereto as Exhibit A.

1147103v1

BOMBARDIER RECREATIONAL
PRODUCTS, INC.

Mark S. Granger, BBO# 206920
William A. Staar, BBO# 659425
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date:  June 14, 2005

- 2 -

## CERTIFICATE OF SERVICE

The undersigned understands that the following counsel of record are registered on the Court's CM/ECF database. As a result, these individuals (1) will receive from the Court electronic notification of the filing of this document, (2) have access to this document through the Court's website, and (3) will not receive paper copies of the foregoing from the undersigned upon filing.

Lucy Prashker, Esq.
Dennis LaRochelle, Esq.
CAIN HIBBARD MYER & COOK, PC
66 West Street
Pittsfield, MA 01201
*Counsel for Defendant Spofford Motors, d/b/a Village Automotive*

James F. Martin, Esq.
ROBINSON DONOVAN, P.C.
1500 Main St. Suite 1600
Springfield, MA. 01115-5609
*Counsel for Defendant TIG Insurance Company*

I hereby certify that, because I understand that the following counsel of record and parties have not registered for electronic receipt of filed documents via the Court's CM/ECF system, I have served the foregoing on this/counsel by mailing same to him/her/them, posted prepaid, on this 14th day of June 2005:

Adam Clermont, Esquire
FREEDMAN, DEROSA, AND RONDEAU
P.O. Box 746
87 Marshall Street
Mass MoCA, Bldg. 1, Rm. 200
North Adams, MA 01247
*Counsel for Plaintiffs*

David Reichert
1627 Rt 13
Brainard, NY 12124
*Third-Party Defendant*

Lance Jay Bingham
14 Homestead Road East
Clinton, NY 13323-1006
*Third-Party Defendant*

William A. Staar

1147103v1

# EXHIBIT A

# AFFIDAVIT OF SERVICE

Rensselaer County Sheriff's Office
Bureau of Judicial Enforcement
4000 Main Street
P.O. Box 389
Troy, New York  12181-0389
(518) 270-5448

STATE OF NEW YORK
District Court Massachusetts, Wester Division

Account#:  05-0000197

Brandon  DeMyer

,Plaintiff,

-against-

Bombardier Recreational Products Inc.,

,Defendant,

MARC R. ST. GERMAIN , being duly sworn, deposes and says:  that deponent is not a party to this proceeding, is over 18 years of age and resides in the State of New York.

MARC R. ST. GERMAIN  states that on Monday, June 06, 2005 at 10:30 AM at:
4000 Main Street
Troy, NY 12180
service of the Third Party Summons & Complaint was made upon:

David  Reichert

the Witness named herein in the following manner:
Personal Service
By delivering to and leaving with David  Reichert, in hand, a true copy thereof, said person being known to me as the person mentioned and described herein.

At the time of the service the defendant was asked if he/she is in the military service of the United States and he/she stated that he/she is not.

The person served is described as:

Race - White
Skin Color - Medium
Sex - Male
Age - 24
Hair Color - Brown
Height - 5' 8"
Weight - 175 lbs

_Sgt MR St_____        _6-06-05_____
                                                    Dated

Sworn and Subscribed to Before Me

this _16th_ day of __June__ , _2005_
_Constance A Phillips_____
               Notary

CONSTANCE A. PHILLIPS
NOTARY PUBLIC, State of New York
No. 01PH4988117
Qualified in Rensselaer County
Commission Expires November 4, 20__5

# SCHEDULE B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA, )<br><br>Plaintiffs, )<br><br>v. )<br><br>BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY, )<br><br>Defendants, )<br><br>v. )<br><br>MR. LANCE JAY BINGHAM and MR. DAVID REICHERT )<br><br>Third-Party Defendants. ) | CIVIL ACTION NO: 2005-30003-MAP |

## NOTICE OF PROOF OF SERVICE
## OF THIRD-PARTY COMPLAINT UPON LANCE J. BINGHAM

Pursuant to FRCP Rule 4(l), Defendant Bombardier Recreational Products, Inc., hereby notes that on June 8, 2005, an authorized sheriff served upon Third-Party Defendant Lance J. Bingham a copy of the Third-Party Complaint of Defendant Bombardier Recreational Products, Inc., Against Lance Jay Bingham and David Reichart, dated April 4, 2005, and an accompanying summons. Service was accomplished by leaving a copy of those documents at the door of Mr. Bingham's place of abode within the State of New York. A copy of the sheriff's return of service is attached hereto as Exhibit A.

1147115v1

BOMBARDIER RECREATIONAL
PRODUCTS, INC.


Mark S. Granger, BBO# 206920
William A. Staar, BBO# 659425
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date:  June 14, 2005

- 2 -

## CERTIFICATE OF SERVICE

The undersigned understands that the following counsel of record are registered on the Court's CM/ECF database. As a result, these individuals (1) will receive from the Court electronic notification of the filing of this document, (2) have access to this document through the Court's website, and (3) will not receive paper copies of the foregoing from the undersigned upon filing.

Lucy Prashker, Esq.
Dennis LaRochelle, Esq.
CAIN HIBBARD MYER & COOK, PC
66 West Street
Pittsfield, MA 01201
*Counsel for Defendant Spofford Motors, d/b/a Village Automotive*

James F. Martin, Esq.
ROBINSON DONOVAN, P.C.
1500 Main St. Suite 1600
Springfield, MA. 01115-5609
*Counsel for Defendant TIG Insurance Company*

I hereby certify that, because I understand that the following counsel of record and parties have not registered for electronic receipt of filed documents via the Court's CM/ECF system, I have served the foregoing on this/counsel by mailing same to him/her/them, posted prepaid, on this 14th day of June 2005:

Adam Clermont, Esquire
FREEDMAN, DEROSA, AND RONDEAU
P.O. Box 746
87 Marshall Street
Mass MoCA, Bldg. 1, Rm. 200
North Adams, MA 01247
*Counsel for Plaintiffs*

David Reichert
1627 Rt. 13
Brainard, NY 12124
*Third-Party Defendant*

Lance Jay Bingham
14 Homestead Road East
Clinton, NY 13323-1006
*Third-Party Defendant*

William A. Staar

- 3 -

1147115v1

# EXHIBIT A

## Office of the Oneida County Sheriff
### Sheriff's Certificate of Service

District Court
Western Division, State of Massachusetts

Sheriff File Number:  05001095

| | |
|---|---|
| Brandon DeMyer and Tamara DeMyer, Next Friend Of Brandon DeMyer, PPA<br><br>Vs<br><br>Bombardier Recreational Products, Inc., BRP US Inc. Spofford Motors, Inc. and TIG Insurance Company<br><br>Vs<br><br>Mr. Lance Jay Bingham and Mr. David Reichert | Third Party Summons In A Civil Aciton/Third Party Complaint<br>Civil Action No. 2005-30003-MAP |

I, Deputy Sheriff Craig Critelli, Badge number 174 being duly sworn, deposes and says: that he/she is not a party to this action, is over 18 years of  age and is a resident of the state of New York.  That on 6/7/2005 at 09:36 am, at 14 Homestead Rd E  Clinton, NY 13323, deponent served the within Third Party Summons In A Civil Aciton/Third Party Complaint upon Mr. Lance Jay Bingham, the defendant therein named by delivering a true copy of each to the door of said premises, which is defendant's place of abode within the state

SERVICE ATTEMPTS
Date: 5/23/2005 Time: 11:00 am 14 Homestead Rd E  Clinton, NY 13323
Date: 5/23/2005 Time: 1:26 pm 14 Homestead Rd E  Clinton, NY 13323
Date: 5/25/2005 Time: 2:41 pm 14 Homestead Rd E  Clinton, NY 13323
Date: 5/26/2005 Time: 11:09 am 14 Homestead Rd E  Clinton, NY 13323
Date: 5/26/2005 Time: 1:58 pm 14 Homestead Rd E  Clinton, NY 13323
Date: 5/27/2005 Time: 3:36 pm 14 Homestead Rd E  Clinton, NY 13323
Date: 6/1/2005 Time: 12:30 pm 14 Homestead Rd E  Clinton, NY 13323
Date: 6/3/2005 Time: 11:49 am 14 Homestead Rd E  Clinton, NY 13323
Date: 6/3/2005 Time: 2:24 pm 14 Homestead Rd E  Clinton, NY 13323

MAILED
Deponent also enclosed a copy of same in a prepaid sealed wrapper properly addressed to the defendant at defendant's last known address, at 14 Homestead Rd E   Clinton, NY 13323, and deposited said wrapper in a Post Office – Official Depository under exclusive care and custody of  the United States Postal Service within New York State on 6/8/2005

6/8/05     Utica , New York
Date

174

Craig Critelli                174
Deputy Sheriff          Badge Number

Daniel G Middaugh
Sheriff of Oneida County

# SCHEDULE C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA, <br><br> Plaintiffs, <br><br> v. <br><br> BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY, <br><br> Defendants, <br><br> v. <br><br> MR. LANCE JAY BINGHAM and MR. DAVID REICHERT <br><br> Third-Party Defendants. | CIVIL ACTION NO: 2005-30003-MAP |

## NOTICE OF PROOF OF SERVICE
## OF THIRD-PARTY COMPLAINT UPON DAVID REICHERT

Pursuant to FRCP Rule 4(*l*), Defendant BRP US, Inc., ("BRP US") hereby notes that on

May 4, 2005, an authorized sheriff served upon Third-Party Defendant, David Reichert, by

delivering to and leaving in hand to his sister, Kathie Reichert, a true copy of the Third-Party

Complaint of Defendant BRP US, Inc., Against Lance Jay Bingham and David Reichart.  A copy

of that sheriff's return of service is attached hereto as Exhibit A.

1143007v1

BRP US, INC.

*/s/ Bill Staar*

Mark S. Granger, BBO# 206920
William A. Staar, BBO# 659425
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date:  May 18, 2005

- 2 -

## CERTIFICATE OF SERVICE

The undersigned understands that the following counsel of record are registered on the Court's CM/ECF database. As a result, these individuals (1) will receive from the Court electronic notification of the filing of this document, (2) have access to this document through the Court's website, and (3) will not receive paper copies of the foregoing from the undersigned upon filing.

Lucy Prashker, Esq.
Dennis LaRochelle, Esq.
CAIN HIBBARD MYER & COOK, PC
66 West Street
Pittsfield, MA 01201
*Counsel for Defendant Spofford Motors, d/b/a Village Automotive*

James F. Martin, Esq.
ROBINSON DONOVAN, P.C.
1500 Main St. Suite 1600
Springfield, MA. 01115-5609
*Counsel for Defendant TIG Insurance Company*

I hereby certify that, because I understand that the following counsel of record and parties have not registered for electronic receipt of filed documents via the Court's CM/ECF system, I have served the foregoing on this/counsel by mailing same to him/her/them, posted prepaid, on this 18th day of May 2005:

Adam Clermont, Esquire
FREEDMAN, DEROSA, AND RONDEAU
P.O. Box 746
87 Marshall Street
Mass MoCA, Bldg. 1, Rm. 200
North Adams, MA 01247
*Counsel for Plaintiffs*

David Reichert
28 Spruce Street
Rensselaer, NY 12144
*Third-Party Defendant*

Lance Jay Bingham
14 Homestead Road East
Clinton, NY 13323-1006
*Third-Party Defendant*

/s/ Bill Staar
William A. Staar

- 3 -

*EXHIBIT A*

## AFFIDAVIT OF SERVICE

Rensselaer County Sheriff's Office
Bureau of Judicial Enforcement
4000 Main Street
Troy, New York  12181
(518) 270-5448

STATE OF NEW YORK
District Court Massachusetts, Wester Division

Docket#:                           Account#:  05-0000180

Brandon  DeMyer

                                                                    ,Plaintiff,

                          -against-
Bombardier Recreational Products Inc.,

                                                                    ,Defendant,

MARK  GERACITANO , being duly sworn, deposes and says:  that deponent is not a party to this proceeding,
is over 18 years of age and resides in the State of New York.

MARK  GERACITANO  states that on Wednesday, May 04, 2005 at 07:15 PM at:
                          28 Spruce Street
                          Rensselaer, NY 12144
Service of the Third Party Summons & Complaint, was made upon David  Reichert

          named herein in the following manner:
                          Substitute Service
By delivering to and leaving with Kathie Reichert; who is Sister  to the defendant; a true copy thereof.A person of
suitable age and discretion said: address was the dwelling place of David  Reichert.

At the time of service he/she was asked if the defendant is engaged in the military service of the United States
and to her/his knowledge, he/she said that the defendant was not in the military.

The person served is described as:

                          Skin Color - Light
                          Race - White
                          Sex - Female
                          Hair Color - Brown
                          Height - 5' 6"
                          Weight - 230 lbs
                          Age - 31

Also by mailing a copy of the Third Party Summons & Complaint to the Defendant at his/her last known residence:

                          28 Spruce Street
                          Rensselaer, NY  12144

 on May 04, 2005 at  by regular 1st class mail.


_____          _____
                                                        Dated

Sworn and Subscribed to Before Me

this _____ day of _____ , _____

_____
            Notary

          CONSTANCE A. PHILLIPS
    NOTARY PUBLIC, State of New York
          No. 01PH4988117
      Qualified in Rensselaer County
Commission Expires November 4, 20___

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts, Western Division

PLAINTIFF  Brandon DeMyer and Tamara
DeMyer, Next Friend of Brandon DeMyer

V. DEFENDANT AND THIRD PARTY PLAINTIFF
BRP US, Inc.

**THIRD PARTY SUMMONS IN A
CIVIL ACTION**

Case Number:    2005-CV3003MAP

V. THIRD PARTY DEFENDANT
Lance Jay Bingham and David Reichert

To: Name and address of Third Party Defendant
Lance Jay Bingham - P/O. Box 14, Brainard, NY 12024

David Reichert - P.O. Box 101, West Lebanon, NY 12195

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Adam Clermont, Esq.<br>Freedman, DeRosa, and Rondeau<br>P.O. Box 746, 87 Marshall Street<br>Mass MoCa, Bldg. 1, Rm. 200<br>North Adams, MA 01247 | Spofford Motors, d/b/a Village Automotive<br>P.O. Box 78, North Hoosick, NY 12133<br><br>TIG Insurance Co.<br>5205 North O'Connor Blvd., Irving,TX 7501<br><br>Bombardier Recreational Products, Inc., &<br>US INC, Mark S. Granger, 250 Summer St.,B<br>MA 02210 |

an answer to the third-party complaint which is served on you with this summons, within _____20_____ days after
the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken
against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy
of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1)
this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment
against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil
Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim
of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court
within a reasonable period of time after service.

TONY ANASTAS

CLERK  *Mary Finn*

(By) DEPUTY CLERK

DATE  January 19, 2005

# SCHEDULE D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA,<br><br>Plaintiffs,<br><br>v.<br><br>BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY,<br><br>Defendants,<br><br>v.<br><br>MR. LANCE JAY BINGHAM and MR. DAVID REICHERT<br><br>Third-Party Defendants. | CIVIL ACTION NO: 2005-30003-MAP |

**NOTICE OF PROOF OF SERVICE
OF THIRD-PARTY COMPLAINT ON LANCE J. BINGHAM**

Pursuant to FRCP Rule 4(*l*), Defendant BRP US, Inc., ("BRP US") hereby notes that on April 4, 2005, an authorized sheriff served upon Third-Party Defendant, Lance Jay Bingham, in hand, a copy of the Third-Party Complaint of Defendant BRP US, Inc., Against Lance Jay Bingham and David Reichert. A copy of that sheriff's return of service is attached hereto as Exhibit A.

BRP US, INC.

*/s/ Bill Staar*

Mark S. Granger, BBO# 206920
William A. Staar, BBO# 659425
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date:  April 13, 2005

## CERTIFICATE OF SERVICE

The undersigned understands that the following counsel of record are registered on the Court's CM/ECF database. As a result, these individuals (1) will receive from the Court electronic notification of the filing of this document, (2) have access to this document through the Court's website, and (3) will not receive paper copies of the foregoing from the undersigned upon filing.

Lucy Prashker, Esq.
Dennis LaRochelle, Esq.
CAIN HIBBARD MYER & COOK, PC
66 West Street
Pittsfield, MA 01201
*Counsel for Defendant Spofford Motors, d/b/a Village Automotive*

James F. Martin, Esq.
ROBINSON DONOVAN, P.C.
1500 Main St. Suite 1600
Springfield, MA. 01115-5609
*Counsel for Defendant TIG Insurance Company*

I hereby certify that, because I understand that the following counsel of record and parties have not registered for electronic receipt of filed documents via the Court's CM/ECF system, I have served the foregoing on this/counsel by mailing same to him/her/them, posted prepaid, on this 13th day of April 2005:

Adam Clermont, Esquire
FREEDMAN, DEROSA, AND RONDEAU
P.O. Box 746
87 Marshall Street
Mass MoCA, Bldg. 1, Rm. 200
North Adams, MA 01247
*Counsel for Plaintiffs*

David Reichert
1612 Route 20, Lot 1
West Lebanon, NY 12195
*Third-Party Defendant*

Lance Jay Bingham
14 Homestead Road East
Clinton, NY 13323-1006
*Third-Party Defendant*

*/s/ Bill Staar*
William A. Staar

- 3 -

1137015v1

# EXHIBIT A

## Office of the Oneida County Sheriff
## Sheriff's Certificate of Service

United States District Court
istrict Of Massachusetts, Western Divisin

Sheriff File Number – 05000662

| |
|---|
| Brandon DeMyer and Tamara DeMyer, Next Friend Of Brandon DeMyer, PPA<br><br>VS.<br><br>Bombardier Recreational Products Inc. BRP US Inc. Spofford Motors, Inc. and TIG Insurance Company<br><br>VS.<br><br>Mr. Lance Jay Bingham and Mr. David Reichert |

Third Party Summons In A Civil Action/Third Party Complaint
Civil Action No. 2005-3003-MAP

I, Deputy Sheriff Jeffrey Farrell, Badge # 94 being duly sworn, deposes and says: that he is not a party to this action, is over 18 years of age and is a resident of the state of New York.  That on 4/4/2005 at 12:50 pm, at 14 Homestead  East Road, Clinton, NY 13323, deponent served the within Third Party Summons In A Civil Action/Third Party Complaint on Lance Jay Bingham, the defendant named therein, in the following manner.

PERSONAL SERVICE

By delivering to and leaving with Lance Jay Bingham personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

NON-MILITARY

At the time of service Lance Jay Bingham was asked if  was in the Military Service of the U.S. Government and Lance Jay Bingham replied no.

DESCRIPTION

The person served was approximately: Skin Color: White, Hair Color: Brown,  Gender:  Male  Height: 5' 8"  Weight: 170  Age: 35-40.

SERVICE ATTEMPTS
Date: 4/1/2005 Time:  3:05 pm 14 Homestead  East Road Clinton, NY 13323
Date: 4/2/2005 Time: 11:40 am 14 Homestead  East Road Clinton, NY 13323

4/5/05 _____ Utica ____, New York
Date

Jeffrey Farrell    #94
Deputy Sheriff    Badge Number
                  94

Daniel G Middaugh
Sheriff of Oneida County

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/4/05 | |
| NAME OF SERVER J. Farrell | TITLE Deputy Sheriff | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4/4/05      Dep G. Farrell #94
             Date               *Signature of Server*

                     Oneida Co.
                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts, Western Division**

PLAINTIFF **Brandon DeMyer and Tamara DeMyer, Next Friend of Brandon DeMyer**

V. DEFENDANT AND THIRD PARTY PLAINTIFF
**BRP US, Inc.**

## THIRD PARTY SUMMONS IN A CIVIL ACTION

Case Number:    **2005-CV3003MAP**

V. THIRD PARTY DEFENDANT
**Lance Jay Bingham and David Reichert**

To: Name and address of Third Party Defendant
**Lance Jay Bingham – P.O. Box 14, Brainard, NY 12024**

**David Reichert – P.O. Box 101, West Lebanon, NY 12195**

### YOU ARE HEREBY SUMMONED and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

**Adam Clermont, Esq.**
**Freedman, DeRosa, and Rondeau**
**P.O. Box 746, 87 Marshall Street**
**Mass MoCa, Bldg. 1, Rm. 200**
**North Adams, MA 01247**

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

**Spofford Motors, d/b/a Village Automotive**
**P.O. Box 78, North Hoosick, NY 12133**

**TIG Insurance Co.**
**5205 North O'Connor Blvd., Irving,TX 75015**

**Bombardier Recreational Products, Inc., & BRP US INC, Mark S. Granger, 250 Summer St.,Boston MA 02210**

an answer to the third-party complaint which is served on you with this summons, within _____20_____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK _Mary Finn_

(By) DEPUTY CLERK

DATE _January 19 2005_