UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**BOMBARDIER RECREATIONAL**
**PRODUCTS, INC. AND BRP US INC.,**
        **Third-party Plaintiffs**

                                              **CA  05-30003-MAP**
  **V.**

**MR. LANCE JAY BINGHAM AND**
**MR. DAVID REICHERT**
      **Defendant**

### NOTICE OF DEFAULT

     Upon application of the Thir-party Plaintiffs, <u>Bombardier Recreational Products, Inc. and BRP US, Inc.</u> , an order of Default for failure of the Third-party Defendants, <u>Mr. Lance Jay Bingham and Mr. David Reichert</u> , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>15TH</u> day of <u>AUGUST, 2005</u> .

                                                         SARAH A. THORNTON,
                                                         CLERK OF COURT

                                               By:   /s/ Mary Finn
                                                    Deputy Clerk

Notice mailed to:  Counsel for Third-partyPlaintiffs
                          And Third-party Defendants

**Default Notice.wpd - 2/2000)**                                                                                                    **[ntcdflt.]**