UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA,<br><br>Plaintiffs,<br><br>v.<br><br>BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY,<br><br>Defendants,<br><br>v.<br><br>MR. LANCE JAY BINGHAM and MR. DAVID REICHERT<br><br>Third-Party Defendants. | CIVIL ACTION NO: 2005-30003-MAP |

**MOTION FOR JUDGMENT ON DEFAULT AGAINST**
**THIRD-PARTY DEFENDANTS**

Pursuant to FRCP Rule 55(b)(2), Defendants/Third-Party Plaintiffs Bombardier Recreational Products, Inc., and BRP US Inc. (hereinafter "Bombardier" and "BRP US" respectively), hereby move the Court to enter a judgment of default against Third-Party Defendants, David Reichert and Lance Jay Bingham. In accordance with FRCP Rule 55(a), on August 12, 2005, Bombardier and BRP US filed a Motion to Default for Failure to Appear regarding third-party defendants David Reichert and Lance J. Bingham. The Court granted that motion on August 15th.

1156838v1

WHEREFORE, Bombardier and BRP US ask that the Court enter a judgment of default against third-party defendants Lance J. Bingham and David Reichart.

        BOMBARDIER REC. PRODUCTS, INC., and  BRP US INC.

        */s/ William A. Staar*
        Mark S. Granger, BBO# 206920
        William A. Staar, BBO# 659425
        MORRISON MAHONEY LLP
        250 Summer Street
        Boston, MA 02210
        (617) 439-7500

Date:  August 16, 2005

## **ORDER**

Having carefully considered the foregoing, the Court rules as follows:

GRANTED / DENIED

By the court,

_____
Judge

## CERTIFICATE OF SERVICE

    The undersigned understands that the following counsel of record are registered on the Court's CM/ECF database. As a result, these individuals (1) will receive from the Court electronic notification of the filing of this document, (2) have access to this document through the Court's website, and (3) will not receive paper copies of the foregoing from the undersigned upon filing.

Lucy Prashker, Esq.
Dennis LaRochelle, Esq.
CAIN HIBBARD MYER & COOK, PC
66 West Street
Pittsfield, MA 01201
***Counsel for Defendant Spofford Motors, d/b/a Village Automotive***

James F. Martin, Esq.
ROBINSON DONOVAN, P.C.
1500 Main St. Suite 1600
Springfield, MA. 01115-5609
***Counsel for Defendant TIG Insurance Company***

    I hereby certify that, because I understand that the following counsel of record and parties have not registered for electronic receipt of filed documents via the Court's CM/ECF system, I have served the foregoing on this counsel by mailing same to him, posted prepaid, on this 16th day of August 2005:

Adam Clermont, Esquire
FREEDMAN, DEROSA, AND RONDEAU
P.O. Box 746
87 Marshall Street
Mass MoCA, Bldg. 1, Rm. 200
North Adams, MA 01247
***Counsel for Plaintiffs***

    Pursuant to FRCP Rule 5(a), no service need be made on the following Third-Party Defendants in default for failure to appear. As a courtesy, however, the foregoing will be sent to these parties via First Class Mail, posted prepaid, on this 16th day of August 2005.

David Reichert
1627 Rt 13
Brainard, NY 12124
***Third-Party Defendant***

Lance Jay Bingham
14 Homestead Road East
Clinton, NY 13323-1006
***Third-Party Defendant***

                                                                             */s/ William A. Staar*
                                                                             William A. Staar

1156838v1