UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**BOMBARDIER RECREATIONAL
PRODUCT, INC. AND BRP US INC.,,**
        **Plaintiff**

                                                    CA  05-30003-MAP
    **V.**

**MR. LANCE JAY BINGHAM AND
MR. DAVID REICHERT**
        **Defendant**

### REISSUANCE OF
### NOTICE OF DEFAULT

Upon application of the Third-party Plaintiffs, <u>Bombardier Recreational Products, Inc. and BRP US. Inc.</u>, an order of Default for failure of theThird-party  Defendants, <u>Mr. Lance Jay Bingham and Mr. David Reichert</u> , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>31st</u> day of <u>August , 2005</u> .

                                                        TONY ANASTAS
                                                        CLERK OF COURT

                                                     By:   /s/John C. Stuckenbruck
                                                            Deputy Clerk

**Notice mailed to:  Counsel for Plaintiff
                                And Defendant**

**Default Notice.wpd - 2/2000)**                                                                                                                           **[ntcdflt.]**

Case 3:05-cv-30003-MAP     Document 42     Filed 08/31/2005     Page 2 of 2