UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION CIVIL ACTION NO. 2005-30003-MAP

Brandon DeMyer and Tamara
DeMyer, Next Friend of Brandon
DeMyer, PPA,

Plaintiffs
V.
Bombardier Recreational
Products, Inc., BRP US INC,
Spofford Motors, INC and TIG
Insurance Company,

Defendants,
V.
Mr. Lance Jay Bingham and
Mr. David Reichert

### MOTION OF THIRD-PARTY DEFENDANT DAVID REICHERT TO FILE ANSWER LATE

Third-Party Defendant David Reichert requests that the court dismiss the default against him and allow him to answer the complaint late. He states that he mailed his answer via first-class mail, postage prepaid to this court and all attorneys on June 25, 2005, from the post office located at Brainard, Ny which he understood to be the required time following appropriate service of the complaint on him.

David Reichert attaches to this motion another answer and asks that it be allowed to enter.

*/s/ David Reichert*
David Reichert
PO Box 101
West Lebanon, NY 12024
August 30, 2005

Certificate of Service

I certify that I sent a copy of the above document via certified mail, postage prepaid to:

Copy's to:

Lucy Prashker, Esq.
Dennis LaRochelle, Esq.
Cain Hibbard Myer & Cook, PC
66 west St.
Pittsfield, MA 01201

Adam Clermont, Esq.
Freedman, DeRosa, and Rondeau
P.O. box 746
87 Marshall St.
Mass MoCA, bldg. 1, rm. 200
North Adams, Ma 01247

JAMES F, MARTIN, ESQUIRE
ROBINSON DENVAN
1500 MAIN ST. SUIT 1600
SPRINGFIELD, MA. 01115

WILLIAM A. STAAR, ESQUIRE
MORRISON MAHONEY LLP
250 SUMMER STREET
BOSTON, MA. 02210-1181

LANCE JAY BINGHAM
14 HOLMESTEAD RD. EAST
CLINTON, NY. 13323-1006


PC with enclosure: William Staar, Esquire
           James F. Martin, Esquire
           Adam Clermont, Esquire
           Lucy Prashker, Esquire
           Lance Jay Bingham

United States District Court
District of Massachusetts
Western Division

Civil Action No: 2005-30003-MAP

Brandon DeMyer and Tamara
DeMyer, Next Friend of Brandon
DeMyer, PPA,

Plaintiffs

V.

Bombardier Recreational
Products, Inc., BRP US INC,
Spofford Motors, INC and TIG
Insurance Company,

Defendants,

V.

Mr. Lance Jay Bingham and
Mr. David Reichert


### Answer of Third Party Defendant David Reichert and Jury Claim

1.) I don't know

2.) I don't know

3.) I don't know

4.) Admitted

5.) I don't know

6.) I don't know

7.) I don't know

8.) I repeat paragraphs

9.) I don't know

10.) I don't know

11.) I repeat paragraphs

12.) Denied

13.) Denied

14.) I repeat paragraphs

15.) I don't know

16.) I don't know

17.) I don't know

18.) I repeat paragraphs

19.) Denied

20.) Denied

21.) Denied

*David Reichert* (signature)

David Reichert
Po Box 101 West Lebanon
NY. 12024
August 30th, 2005

David Reichert Demands a trial by jury on all issues so triable:

Certificate of Service

I certify that I sent a copy of the above document via first class amil, postage prepaid to:

Lucy Prashker, Esq.
Dennis LaRochelle, Esq.
Cain Hibbard Myer & Cook, PC
66 west St.
Pittsfield, MA 01201
*Counsel for defendant Spofford Motors, d/b/a Village Automotive*

Adam Clermont, Esq.
Freedman, DeRosa, and Rondeau
P.O. box 746
87 Marshall St.
Mass MoCA, bldg. 1, rm. 200
North Adams, Ma 01247
*Council for Plaintiffs*

James F. Martin Esquire
Robbinson Denvan
1500 Main Street Suit 1600
Springfield MA. 01115

William Starr, Esquire
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181

Lance Jay Bingham
14 Homestead Road East
Clinton, N.Y. 13323-1006
*Third Party Defendant*

_David Reichert_
David Reichert, Pro Se

United States District Court
District of Massachusetts
Western Division

Civil Action No: 2005-30003-MAP

Brandon DeMyer and Tamara
DeMyer, Next Friend of Brandon
DeMyer, PPA,

Plaintiffs

V.

Bombardier Recreational
Products, Inc., BRP US INC,
Spofford Motors, INC and TIG
Insurance Company,

Defendants,

V.

Mr. Lance Jay Bingham and
Mr. David Reichert


Answer of Third Party Defendant David Reichert and Jury Claim

1.) I don't know

2.) I don't know

3.) I don't know

4.) Admitted

5.) I don't know

6.) I don't know

7.) I don't know

8.) I repeat paragraphs

9.) I don't know

10.) I don't know

11.) I repeat paragraphs

12.) Denied

13.) Denied

14.) I repeat paragraphs

15.) I don't know

16.) I don't know

17.) I don't know

18.) I repeat paragraphs

19.) Denied

20.) Denied

21.) Denied

June 25 2005

*David Reichert* (signature)

David Reichert
Po Box 101 West Lebanon
NY. 12024

David Reichert Demands a trial by jury on all issues so triable:

Certificate of Service

I certify that I sent a copy of the above document via certified mail, postage prepaid to:

Lucy Prashker, Esq.
Dennis LaRochelle, Esq.
Cain Hibbard Myer & Cook, PC
66 west St.
Pittsfield, MA 01201
***Counsel for defendant Spofford Motors, d/b/a Village Automotive***

Adam Clermont, Esq.
Freedman, DeRosa, and Rondeau
P.O. box 746
87 Marshall St.
Mass MoCA, bldg. 1, rm. 200
North Adams, Ma 01247
***Council for Plaintiffs***

James F. Martin Esquire
Robbinson Denvan
1500 Main Street Suit 1600
Springfield MA. 01115

William Starr, Esquire
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181

Lance Jay Bingham
14 Homestead Road East
Clinton, N.Y. 13323-1006
***Third Party Defendant***

*[signature: David Reichert]*

David Reichert, Pro Se