UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRANDON DEMYER and ) <br> TAMARA DEMYER, next friend of ) <br> Brandon DeMyer, PPA, ) <br>       Plaintiffs ) <br> ) <br> v. ) <br> ) <br> BOMBARDIER RECREATIONAL ) <br> PRODUCTS, INC, BRP US, INC., ) <br> SPOFFORD MOTORS, INC., and ) <br> TIG INSURANCE COMPANY, ) <br>       Defendants and ) <br>       Third Party Plaintiffs) <br> ) <br> v. ) <br> ) <br> LANCE JAY BINGHAM and ) <br> DAVID REICHERT, ) <br>       Third Party ) <br>       Defendants ) | Civil Action No. 05-30003-MAP |

ORDER
September 19, 2005

NEIMAN, U.S.M.J.

      Pending before the court is Third-Party Defendant David Reichert's Motion to File Answer Late (Doc. No. 43). The court hereby ALLOWS the motion, subject to the following conditions:

1. By September 30, 2005, Mr. Reichert shall provide to the court and counsel in writing a reliable mailing address, where he will accept service of any papers in this case. If the parties hereafter utilize this address, service will be deemed to have been made.

2. By September 30, 2005, Mr. Reichert shall provide to the court and counsel, in writing, his telephone number.

3. Thereafter, Mr. Reichert shall immediately inform the court and counsel of any changes in his address or telephone number.

4. Mr. Reichert (or any counsel who may file an appearance on his behalf) shall appear in person at any conference with the court that the other parties in this case (counsel or otherwise) are required to attend.

5. Mr. Reichert will cooperate fully with the parties in conducting discovery.

IT IS SO ORDERED.


Dated: September 19, 2005         /s/ Kenneth P. Neiman
                                  KENNETH P. NEIMAN
                                  U.S. Magistrate Judge