UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRANDON DEMYER and ) | |
| TAMARA DEMYER, next friend of ) | |
| Brandon DeMyer, PPA, ) | |
|     Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| BOMBARDIER RECREATIONAL ) | |
| PRODUCTS, INC, BRP US, INC., ) | |
| SPOFFORD MOTORS, INC., and ) | Civil Action No. 05-30003-MAP |
| TIG INSURANCE COMPANY, ) | |
|     Defendants and ) | |
|     Third Party Plaintiffs) | |
| ) | |
| v. ) | |
| ) | |
| LANCE JAY BINGHAM and ) | |
| DAVID REICHERT, ) | |
|     Third Party ) | |
|     Defendants ) | |

SCHEDULING ORDER
September 19, 2005

NEIMAN, U.S.M.J.

The following scheduled was established at the case management conference held on September 16, 2005:

1. All non-expert discovery, including depositions, shall be completed by March 31, 2006.

2. The parties shall appear for a case management conference on April 12, 2006, at 10:00 a.m. in Courtroom Three.

3. Plaintiffs shall designate and disclose information regarding their trial

   experts as required by F<small>ED</small>. R. C<small>IV</small>. P. 26(a)(2) by May 1, 2006.

4. Defendants shall designate and disclose information regarding their trial experts as required by F<small>ED</small>. R. C<small>IV</small>. P. 26(a)(2) by June 30, 2006.

5. All expert depositions shall be completed by September 29, 2006.

IT IS SO ORDERED.

Dated: September 19, 2005      /s/ Kenneth P. Neiman
                 KENNETH P. NEIMAN
                 U.S. Magistrate Judge