UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRANDON DEMYER, et al.,          )
        Plaintiffs    )
        )
        )
     v.    )    Civil Action No. 05-30003-MAP
        )
        )
BOMBARDIER RECREATIONAL    )
PRODUCTS, INC., et al.,    )
        Defendants    )

SETTLEMENT ORDER OF DISMISSAL
November 30, 2005

     The court, having been advised on November 29, 2005, that the above-entitled action has been settled;

     IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                        By the Court,

                        /s/ Bethaney A. Healy
                        Bethaney A. Healy
                        Deputy Clerk