UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY,<br><br>　　　　Defendants,<br><br>v.<br><br>MR. LANCE JAY BINGHAM and MR. DAVID REICHART<br><br>　　　　Third-Party Defendants. | CIVIL ACTION NO: 2005-30003-MAP |

## ASSENTED-TO MOTION TO SEAL SETTLEMENT DOCUMENTS

All Defendants hereby move for an order sealing for a period of 10 years the following documents which are filed this day:

1. Joint Motion for Approval of Minor's Settlement Agreement Between Plaintiffs and Bombardier Defendants, dated January 5, 2006

2. Joint Motion for Approval of Minor's Settlement Agreement Between Plaintiffs and Defendants Spofford Motors and TIG Insurance, dated January 5, 2006

Plaintiffs assent to this motion.

The parties have settled this matter and have agreed to keep details concerning the settlement confidential, including the settlement amounts. The parties have executed two

973735v1

documents entitled Settlement, Release, and Non-Disclosure Agreement (one between Plaintiffs and the Bombardier defendants, and the other between Plaintiffs and the remaining Co-Defendants), both of which contain a substantial non-disclosure provision.  By necessity, the above-noted motions contain details concerning the settlement, including the settlement amounts.  Were the public permitted to review those documents, the parties' agreements concerning non-disclosure would largely be defeated.

Upon request, the parties will be happy to provide to the Court copies of the noted agreements for in-camera review.

BOMBARDIER RECREATIONAL
PRODUCTS, INC., and BRP US, INC.

*/s/ Mark Granger*
_____
Mark S. Granger (BBO# 206920)
William A. Staar (BBO# 659425)
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
Date:  January 5, 2006           Phone:  (617) 439-7500


SPOFFORD MOTORS, INC.

*/s/ Dennis LaRochelle*
_____
Lucy Prashker, Esq. (BBO# 405330)
Dennis LaRochelle, Esq. (BBO# 600924)
CAIN HIBBARD MYER & COOK, PC
66 West Street
Pittsfield, MA 01201
Date:  January 5, 2006           Phone:  (413)528-4771

973735v1

                                                      TIG INSURANCE COMPANY

                                                      */s/ Dennis LaRochelle*
                                                      _____
                                                      James F. Martin, Esq. (BBO# 322480)
                                                      ROBINSON DONOVAN, P.C.
                                                      1500 Main St. Suite 1600
                                                      Springfield, MA. 01115-5609
Date:  January 5, 2006                            Phone:  (413) 732-2301

973735v1

## **ORDER**

After fully considering the foregoing, the Court hereby rules as follows:

GRANTED / DENIED

THE COURT,

_____
Judge

973735v1

## CERTIFICATE OF SERVICE

The undersigned understands that the following counsel and pro-se parties of record are not registered on this Court's CM/ECF system for this matter. As a result, a copy of the foregoing was sent to them by First Class Mail, postage prepaid, this 5th day of January 2006:

Adam Clermont, Esquire
FREEDMAN, DEROSA, AND RONDEAU
P.O. Box 746
87 Marshall Street
Mass MoCA, Bldg. 1, Rm. 200
North Adams, MA 01247
*Counsel for Plaintiffs*

Lance Jay Bingham
14 Homestead Road East
Clinton, NY 13323-1006
*Third-Party Defendant (non-appearing)*

David Reichert
P.O. Box 101
West Lebanon, NY 12024
*Third-Party Defendant*

/s/ *William Staar*
_____
William A. Staar