UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA,<br><br>Plaintiffs,<br><br>v.<br><br>BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY,<br><br>Defendants,<br><br>v.<br><br>MR. LANCE JAY BINGHAM and MR. DAVID REICHART<br><br>Third-Party Defendants. | CIVIL ACTION NO: 2005-30003-MAP |

**ASSENTED-TO MOTION TO WAIVE PLAINTIFFS' APPEARANCE OR, IN THE ALTERNATIVE, TO PERMIT PLAINTIFFS TO APPEAR BY TELEPHONE, AT MINOR SETTLEMENT PETITION HEARING**

Now come the Plaintiffs in the above entitled case and respectfully request that this Honorable Court excuse Plaintiffs from appearing at the Minor Settlement Petition Hearing or, in the alternative, that they be permitted to appear by telephone. As reasons therefore, Plaintiffs state as follows:

1. Plaintiffs are familiar with the terms of the settlement and believe it to be fair and reasonable.

2. Plaintiffs currently reside in Jacksonville, North Carolina.

975648v1

3. Plaintiff Brandon DeMyer currently is attending school in Jacksonville.

4. Requiring Plaintiffs to travel to Massachusetts to attend the Minor Settlement Petition Hearing will result in Plaintiffs incurring significant expense and, in all likelihood, Brandon DeMyer missing school.

All Defendants assent to this motion.

BRANDON DEMYER AND TAMARA DEMYER, NEXT FRIEND OF BRANDON DEMYER, PPA

*/s/ Adam Clermont*

Adam Clermont, Esq. (BBO# 639769)
FREEDMAN, DEROSA, AND RONDEAU
P.O. Box 746
87 Marshall Street
Mass MoCA, Bldg. 1, Rm. 200
North Adams, MA 01247
Phone: (413) 664-1073

Date: January 5, 2006

975648v1

## **ORDER**

Having carefully considered the foregoing, the Court rules as follows:

GRANTED / DENIED

By the court,

_____

Judge

## CERTIFICATE OF SERVICE

The undersigned understands that the following counsel of record are registered on the Court's CM/ECF database. As a result, these individuals (1) will receive from the Court electronic notification of the filing of this document, (2) have access to this document through the Court's website, and (3) will not receive paper copies of the foregoing from the undersigned upon filing.

Lucy Prashker, Esq.
Dennis LaRochelle, Esq.
CAIN HIBBARD MYER & COOK, PC
66 West Street
Pittsfield, MA 01201
Phone: (413) 528-4771
***Counsel for Spofford Motors, Inc.***

James F. Martin, Esq.
ROBINSON DONOVAN, P.C.
1500 Main St. Suite 1600
Springfield, MA. 01115-5609
Phone: (413) 732-2301
***Counsel for TIG Ins. Co.***

The undersigned understands that the following counsel are not registered with the Court's CM/ECF database. As a result, a copy of the foregoing was sent to them by First Class Mail, postage prepaid, this 5th day of January 2006:

Adam Clermont, Esq.
FREEDMAN, DEROSA, AND RONDEAU
P.O. Box 746
87 Marshall Street
Mass MoCA, Bldg. 1, Rm. 200
***Counsel for Plaintiffs***

14 Homestead Road East
Clinton, NY 13323-1006
***Third-Party Defendant (non-appearing)***

David Reichert
P.O. Box 101
West Lebanon, NY 12024
***Third-Party Defendant***

/s/ William Staar
_____
William Staar*

*For the sake of mutual convenience, Plaintiffs have permitted counsel for the Bombardier Defendants to file this document on their behalf.

975648v1