UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA,<br><br>Plaintiffs,<br><br>v.<br><br>BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY,<br><br>Defendants,<br><br>v.<br><br>MR. LANCE JAY BINGHAM and MR. DAVID REICHART<br><br>Third-Party Defendants. | CIVIL ACTION NO: 2005-30003-MAP |

**JOINT STIPULATION OF DISMISSAL
BETWEEN PLAINTIFFS AND DEFENDANTS**

Pursuant to FRCP Rule 41(a), Plaintiffs, Brandon DeMyer and Tamara DeMyer, next friend of Brandon DeMyer, PPA, and Defendants, Bombardier Recreational Products, Inc., BRP US, Inc., Spofford Motors, Inc., and TIG Insurance Company stipulate that all causes of action which have been or could have been brought against one another in this action are dismissed, with prejudice, without costs, and with all rights under Fed.R.Civ.Pro. 60(b) being preserved.

977058v1

BRANDON DEMYER AND TAMARA DEMYER, NEXT FRIEND OF BRANDON DEMYER, PPA

*/s/ Adam Clermont*

---

Adam Clermont, Esq. (BBO# 639769)
FREEDMAN, DEROSA, AND RONDEAU
P.O. Box 746
87 Marshall Street
Mass MoCA, Bldg. 1, Rm. 200
North Adams, MA 01247
Phone: (413) 664-1073

Date:   January 5, 2006

BOMBARDIER RECREATIONAL PRODUCTS, INC., and BRP US, INC.

*/s/ Mark Granger*

---

Mark S. Granger (BBO# 206920)
William A. Staar (BBO# 659425)
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
Phone:  (617) 439-7500

Date:  January 5, 2006

SPOFFORD MOTORS, INC.

*/s/ Dennis LaRochelle*

---

Lucy Prashker, Esq. (BBO# 405330)
Dennis LaRochelle, Esq. (BBO# 600924)
CAIN HIBBARD MYER & COOK, PC
66 West Street
Pittsfield, MA 01201
Phone:  (413)528-4771

Date: January 5, 2006

977058v1

|  | TIG INSURANCE COMPANY |
|---|---|
|  | */s/ James Martin* |
|  | _____ |
|  | James F. Martin, Esq. (BBO# 322480) |
|  | ROBINSON DONOVAN, P.C. |
|  | 1500 Main St. Suite 1600 |
|  | Springfield, MA. 01115-5609 |
| Date: January 5, 2006 | Phone: (413) 732-2301 |

977058v1

## CERTIFICATE OF SERVICE

The undersigned understands that the following pro-se parties of record are not registered on this Court's CM/ECF system for this matter. As a result, the undersigned has forwarded to them a paper copy of the foregoing on this 5th day of January 2006:

David Reichert
P.O. Box 101
West Lebanon, NY 12024
***Third-Party Defendant***

Lance Jay Bingham
14 Homestead Road East
Clinton, NY 13323-1006
***Third-Party Defendant (non-appearing)***

*/s/ William Staar*
_____
William A. Staar

977058v1