UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA,<br><br>    Plaintiffs,<br><br>v.<br><br>BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY,<br><br>    Defendants,<br><br>v.<br><br>MR. LANCE JAY BINGHAM and MR. DAVID REICHART<br><br>    Third-Party Defendants. | CIVIL ACTION NO: 2005-30003-MAP |

**RENEWED MOTION TO DEFAULT
THIRD-PARTY DEFENDANT DAVID REICHERT**

Defendants Bombardier Recreational Products Inc. and BRP US Inc. hereby move for an order defaulting Third-Party Defendant David Reichert for failing to respond to the Court's order of September 19, 2005. The Court defaulted Mr. Reichert via order dated August 31, 2005, for failing to appear. Subsequently, Mr. Reichart appeared and moved to answer late. The Court granted his motion, subject to certain conditions outlined in the Court's order of September 19th, e.g., providing the Court and all counsel with a reliable mailing address and telephone number. To date, Mr. Reichert has not done these things.

983736v1

Plaintiffs and Defendants have settled their disputes, and, earlier this month, filed a joint stipulation of dismissal. According to FRCP Rule 41, however, *all* parties appearing in an action must sign a stipulation of dismissal in order for dismissal to be complete. Since November, counsel for the Bombardier Defendants has thrice attempted to contact Mr. Reichart via mail to discuss settlement and the execution of a stipulation of dismissal. Mr. Reichart has failed to respond. In light of the above, the most convenient way for the Court and Bombardier to resolve this issue is to make unnecessary Mr. Reichert's signature on a stipulation of dismissal. That can be accomplished by defaulting Mr. Reichart for failing to respond to the Court's order of September 19, 2005. Upon issuance of that default, the Bombardier Defendants will move for a judgment upon default.

BOMBARDIER RECREATIONAL
PRODUCTS INC., and BRP US INC.

*/s/ Mark Granger*

_____
Mark S. Granger (BBO# 206920)
William A. Staar (BBO# 659425)
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
Date: January 17, 2006                              Phone: (617) 439-7500

-3-

**<u>ORDER</u>**

After fully considering the foregoing, the Court hereby rules as follows:

GRANTED / DENIED

THE COURT,

_____
Judge

983736v1

**CERTIFICATE OF SERVICE**

The undersigned understands that the following counsel of record are registered on the Court's CM/ECF database. As a result, these individuals (1) will receive from the Court electronic notification of the filing of this document, (2) have access to this document through the Court's website, and (3) will not receive paper copies of the foregoing from the undersigned upon filing.

Lucy Prashker, Esq.
Dennis LaRochelle, Esq.
CAIN HIBBARD MYER & COOK, PC
66 West Street
Pittsfield, MA 01201
Phone: (413) 528-4771
*Counsel for Spofford Motors, Inc.*

James F. Martin, Esq.
ROBINSON DONOVAN, P.C.
1500 Main St. Suite 1600
Springfield, MA. 01115-5609
Phone: (413) 732-2301
*Counsel for TIG Ins. Co.*

The undersigned understands that the following counsel are not registered with the Court's CM/ECF database. As a result, a copy of the foregoing was sent to them by First Class Mail, postage prepaid, this 17th day of January 2006:

Adam Clermont, Esq.
FREEDMAN, DEROSA, AND RONDEAU
P.O. Box 746
87 Marshall Street
Mass MoCA, Bldg. 1, Rm. 200
*Counsel for Plaintiffs*

Lance J. Bingham
14 Homestead Road East
Clinton, NY 13323-1006
*Third-Party Defendant (non-appearing)*

David Reichert
P.O. Box 101
West Lebanon, NY 12024
*Third-Party Defendant*

*/s/ William Staar*
_____
William Staar