UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA, <br><br> Plaintiffs, <br><br> v. <br><br> BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY, <br><br> Defendants, <br><br> v. <br><br> MR. LANCE JAY BINGHAM and MR. DAVID REICHART <br><br> Third-Party Defendants. | CIVIL ACTION NO: 2005-30003-MAP |

**WITHDRAWAL OF RENEWED MOTION TO DEFAULT
THIRD-PARTY DEFENDANT DAVID REICHERT**

Defendants Bombardier Recreational Products Inc. and BRP US Inc. hereby move to withdraw the Renewed Motion to Default Third Party Defendant David Reichert, filed on January 17, 2006. David Reichert has subsequently contacted our office and executed a stipulation of dismissal, which (1) alleviates the need for the aforementioned motion and (2) the Bombardier Defendants will file shortly. No further action is requested by the Court at this time.

985124v1

-2-

        BOMBARDIER RECREATIONAL
        PRODUCTS INC., and BRP US INC.

        */s/ William A. Staar*

        _____
        Mark S. Granger (BBO# 206920)
        William A. Staar (BBO# 659425)
        MORRISON MAHONEY LLP
        250 Summer Street
        Boston, MA 02210

Date: January 26, 2006        Phone: (617) 439-7500

-2-

985124v1

CERTIFICATE OF SERVICE

The undersigned understands that the following counsel of record are registered on the Court's CM/ECF database. As a result, these individuals (1) will receive from the Court electronic notification of the filing of this document, (2) have access to this document through the Court's website, and (3) will not receive paper copies of the foregoing from the undersigned upon filing.

Lucy Prashker, Esq.
Dennis LaRochelle, Esq.
CAIN HIBBARD MYER & COOK, PC
66 West Street
Pittsfield, MA 01201
Phone: (413) 528-4771
*Counsel for Spofford Motors, Inc.*

James F. Martin, Esq.
ROBINSON DONOVAN, P.C.
1500 Main St. Suite 1600
Springfield, MA. 01115-5609
Phone: (413) 732-2301
*Counsel for TIG Ins. Co.*

The undersigned understands that the following counsel are not registered with the Court's CM/ECF database. As a result, a copy of the foregoing was sent to them by First Class Mail, postage prepaid, this 26th day of January 2006:

Adam Clermont, Esq.
FREEDMAN, DEROSA, AND RONDEAU
P.O. Box 746
87 Marshall Street
Mass MoCA, Bldg. 1, Rm. 200
*Counsel for Plaintiffs*

Lance J. Bingham
14 Homestead Road East
Clinton, NY 13323-1006
*Third-Party Defendant (non-appearing)*

David Reichert
P.O. Box 101
West Lebanon, NY 12024
*Third-Party Defendant*

                                   */s/ William Staar*
                                   _____
                                   William Staar

985124v1