UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| BRANDON DeMYER and TAMARA DeMYER, NEXT FRIEND OF BRANDON DeMYER, PPA,<br><br>Plaintiffs,<br><br>v.<br><br>BOMBARDIER RECREATIONAL PRODUCTS, INC., BRP US, INC., SPOFFORD MOTORS, INC., and TIG INSURANCE COMPANY,<br><br>Defendants,<br><br>v.<br><br>MR. LANCE JAY BINGHAM and MR. DAVID REICHERT<br><br>Third-Party Defendants. | CIVIL ACTION NO: 2005-30003-MAP |

## JOINT STIPULATION OF DISMISSAL OF THIRD-PARTY CLAIMS

Pursuant to FRCP Rule 41(c), Co-Defendants / Third-Party Plaintiffs, Bombardier Recreational Products, Inc., and BRP US, Inc. stipulate that their third-party claims against Third-Party Defendants Lance Jay Bingham and David Reichert are dismissed with prejudice, without costs, and with all rights under Fed.R.Civ.Pro. 60(b) being preserved. Mr. Reichert dismisses any claims he could have brought against the Bombardier Defendants. Mr. Bingham has failed to appear in this case and has been defaulted.

976109v1

BOMBARDIER RECREATIONAL
PRODUCTS, INC., and BRP US, INC.

Date: January 26, 2006

_____
Mark S. Granger (BBO# 206920)
William A. Staar (BBO# 659425)
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
Phone: (617) 439-7500

THIRD-PARTY DEFENDANT,

Date: January 24, 2006

_____
Mr. David Reichert
P.O. Box 101
West Lebanon, NY 12024

## CERTIFICATE OF SERVICE

The undersigned understands that the following counsel and pro-se parties of record are registered on this Court's CM/ECF system for this matter. As a result, they will receive a copy of the foregoing document from the Court electronically, and the undersigned will not forward to them a paper copy:

Lucy Prashker, Esq.
Dennis LaRochelle, Esq.
CAIN HIBBARD MYER & COOK, PC
66 West Street
Pittsfield, MA 01201
*Counsel for Spofford Motors, Inc.*

James F. Martin, Esq.
ROBINSON DONOVAN, P.C.
1500 Main St. Suite 1600
Springfield, MA. 01115-5609
*Counsel for TIG Ins. Co.*

The undersigned understands that the following counsel and pro-se parties of record are not registered on this Court's CM/ECF system for this matter. As a result, the undersigned has forwarded to them a paper copy of the foregoing on this ___ day of January 2006:

Adam Clermont, Esq.
FREEDMAN, DEROSA, AND RONDEAU
P.O. Box 746
87 Marshall Street
Mass MoCA, Bldg. 1, Rm. 200
North Adams, MA 01247
*Counsel for Plaintiffs*

Lance Jay Bingham
14 Homestead Road East
Clinton, NY 13323-1006
*Third-Party Defendant (non-appearing)*

_____
William A. Staar

976109v1