UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRANDON DEMYER

V.

BOMBARDIER RECREATIONAL        CASE NO.  05-30003-MAP

### NOTICE OF HEARING

PONSOR                    D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON MOTIONS RE: SETTLEMENT ON MARCH 8, 2006 AT 3:00 P.M. BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR. PLAINTIFFS ARE NOT REQUIRED TO APPEAR IN PERSON BUT MAY ATTEND BY TELEPHONE.  COUNSEL FOR PLAINTIFFS AND FOR DEFENDANTS SHALL, HOWEVER, BE REQUIRED TO APPEAR IN PERSON.

SARAH A. THORNTON,

CLERK OF COURT

February 7, 2006                By:    /s/Elizabeth A. French
Date                                          Deputy Clerk

**(Notice of Hearing.wpd - 3/7/2005)**